RWP:sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

NO. 00-6023-CR-DIMITROULEAS

21 U.S.C. § 963
21 U.S.C. § 952(a)     MAGISTRATE JUDGE
21 U.S.C. § 846              SNOW
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

UNITED STATES OF AMERICA,

v.

MARC H. NUNES
       and
PAUL M. HOWELL,

       Defendants.
_____/

INDICTMENT

The Grand Jury charges that:

COUNT ONE

From on or about December 16, 1997, and continuing until on or about March 15, 1998, in Broward County, in the Southern District of Florida, and elsewhere, defendants,

MARC H. NUNES
       and
PAUL M. HOWELL,

did knowingly and intentionally combine, conspire, confederate and

agree with persons known and unknown to the Grand Jury to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

## COUNT TWO

On or about March 15, 1998, in Broward County, in the Southern District of Florida, and elsewhere, defendants,

          MARC H. NUNES
              and
          PAUL M. HOWELL,

did knowingly and intentionally attempt to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 952(a) and 963, and Title 18, United States Code, Section 2.

## COUNT THREE

On or about March 15, 1998, in Broward County, in the Southern District of Florida, and elsewhere, defendants,

          MARC H. NUNES
              and
          PAUL M. HOWELL,

did knowingly and intentionally attempt to import into the United

States, from a place outside thereof, a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in violation of Title 21, United States Code, Sections 952(a) and 963, and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about March 15, 1998, in Broward County, in the Southern District of Florida, and elsewhere, defendants,

            MARC H. NUNES
               and
          PAUL M. HOWELL,

did knowingly and intentionally attempt to possess with intent to distribute a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about March 15, 1998, in Broward County, in the Southern District of Florida, and elsewhere, defendants,

            MARC H. NUNES
               and
          PAUL M. HOWELL,

did knowingly and intentionally attempt to possess with intent to distribute a Schedule I controlled substance, that is, a mixture and substance containing a detectable amount of marijuana, in

violation of Title 21, United States Code, Sections 841(a)(1) and 846, and Title 18, United States Code, Section 2.

            A TRUE BILL

            _____
            FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.
MARC H. NUNES and
PAUL M. HOWELL

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information**:

**Court Division**: (Select One)

| | |
|---|---|
| ___ Miami | ___ Key West |
| X   FTL | ___ WPB ___ FTP |

New Defendant(s)        Yes ___    No ___
Number of New Defendants    ___
Total number of counts        ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) NO
   List language and/or dialect _____

4. This case will take  4  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

| I   | 0 to 5 days        | X   | Petty   |     |
|-----|--------------------|-----|---------|-----|
| II  | 6 to 10 days       |     | Minor   |     |
| III | 11 to 20 days      |     | Misdem. |     |
| IV  | 21 to 60 days      |     | Felony  | X   |
| V   | 61 days and over   |     |         |     |

6. Has this case been previously filed in this District Court? (Yes or No) NO
If yes:
Judge: _____    Case No. _____
(Attach copy of dispositive order)

Has a complaint been filed in this matter?    (Yes or No) NO
If yes:
Magistrate Case No. _____
Related Miscellaneous numbers: _____
Defendant(s) in federal custody as of _____
Defendant(s) in state custody as of _____
Rule 20 from the _____   District of _____

Is this a potential death penalty case? (Yes or No)   NO

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes  X  No    If yes, was it pending in the Central Region? ___ Yes ___ No

*Roger W. Powell* (signature)
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

*Penalty Sheet(s) attached                                REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __PAUL HOWELL__     No:

Magistrate Case No.:

**Count #:1**
Conspiracy to Import Cocaine

Title 21, United States Code, Sections 952 and 963

*Max. Penalty: Life Imprisonment with 10 Years' Mandatory Minimum; and a $4,000,000 fine

**Count #: 2**
Attempted Importation of Cocaine

Title 21, United States Code, Sections 952 and 963

*Max. Penalty: Life Imprisonment with 10 Years' Mandatory Minimum; and a $4,000,000 fine

**Count #: 3**
Attempted Importation of Marijuana

Title 21, United States Code, Sections 952 and 963

*Max. Penalty: Up to 5 Years' Imprisonment; and a $250,000 fine

**Count #: 4**
Attempt to Possess Cocaine with Intent to Distribute

Title 21, United States Code, Sections 841(a)(1) and 846

*Max. Penalty: Life Imprisonment with 10 Years' Mandatory Minimum; and a $4,000,000 fine

**Count #:5**
Attempt to Possess Marijuana with Intent to Distribute

Title 21, United States Code, Sections 841(a)(1) and 846

*Max. Penalty: Up to 5 Years' Imprisonment; and a $250,000 fine

**Count #:**

*Max. Penalty:

1 of 1

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: __MARC NUNES__   No.:_____

Magistrate Case No.:

**Count #:1**
Conspiracy to Import Cocaine

Title 21, United States Code, Sections 952 and 963

*Max. Penalty: Life Imprisonment with 10 Years' Mandatory Minimum; and a $4,000,000 fine

**Count #: 2**
Attempted Importation of Cocaine

Title 21, United States Code, Sections 952 and 963

*Max. Penalty: Life Imprisonment with 10 Years' Mandatory Minimum; and a $4,000,000 fine

**Count #: 3**
Attempted Importation of Marijuana

Title 21, United States Code, Sections 952 and 963

*Max. Penalty: Up to 5 Years' Imprisonment; and a $250,000 fine

**Count #: 4**
Attempt to Possess Cocaine with Intent to Distribute

Title 21, United States Code, Sections 841(a)(1) and 846

*Max. Penalty: Life Imprisonment with 10 Years' Mandatory Minimum; and a $4,000,000 fine

**Count #:5**
Attempt to Possess Marijuana with Intent to Distribute

Title 21, United States Code, Sections 841(a)(1) and 846

*Max. Penalty: Up to 5 Years' Imprisonment; and a $250,000 fine

**Count #:**

*Max. Penalty:

1 of 1

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96