# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

MARC HAHN NUNES

**WARRANT FOR ARREST**

CASE NUMBER: 00-6023-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  MARC HAHN NUNES
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment | | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO IMPORT AND DISTRIBUTE COCAINE AND MARIJUANA

*[FILED by ___ D.C. JAN 27 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]*

in violation of Title 21 United States Code, Section(s) 963, 952(a), 846 and 841(a)(1)

---

**Clarence Maddox**
Name of Issuing Officer

**Court Administrator/Clerk of the Court**
Title of Issuing Officer

*[signature]* Q. Butler
Issuing Officer

Jan. 27, 2000 - Ft. Lauderdale, FL
Date and Location

BS
Bail fixed at $250,000 corporate surety bond with Nebbia

BARRY S. SELTZER  *[signature]*
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

---

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __MARC HAHN NUNES__

ALIAS: _____

LAST KNOWN RESIDENCE: __14273 SW 94TH CIRCLE LANE, MIAMI, FL__

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: __ST. CATHERINE, JAMAICA__

DATE OF BIRTH: __05/07/74__

SOCIAL SECURITY NUMBER: __N/A__

HEIGHT: __73 CM__   WEIGHT: __170__

SEX: __MALE__   RACE: __BLACK__

HAIR: __BLACK__   EYES: __BROWN__

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____