# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

MARC HAHN NUNES

**WARRANT FOR ARREST**

CASE NUMBER: 00-6023-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MARC HAHN NUNES__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

| X | Indictment | | | Information | | | Complaint | | | Order of court | | | Violation Notice | | | Probation Violation Petition |

charging him or her with (brief description of offense)
**CONSPIRACY TO IMPORT AND DISTRIBUTE COCAINE AND MARIJUANA**

in violation of Title 21 United States Code, Section(s) 963, 952(a), 846 and 841(a)(1)

Clarence Maddox
Name of Issuing Officer

Court Administrator/Clerk of the Court
Title of Issuing Officer

D. Butler
Issuing Officer

Jan. 27 2000 - Ft. Lauderdale, FL
Date and Location

Bail fixed at $ 250,000 corporate surety bond with Nebbia    BS

by BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at _____

Miami, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1/27/2000 | James A. Tassone, US Marshal | |
| DATE OF ARREST | | |
| 1/30/2000 | FOR: USC | Fred Depompa, SDUSM |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: MARC HAHN NUNES

ALIAS: _____

LAST KNOWN RESIDENCE: 14273 SW 94TH CIRCLE LANE, MIAMI, FL

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: ST. CATHERINE, JAMAICA

DATE OF BIRTH: 05/07/74

SOCIAL SECURITY NUMBER: N/A

HEIGHT: 73 CM         WEIGHT: 170

SEX: MALE         RACE: BLACK

HAIR: BLACK         EYES: BROWN

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____