REC'D by _____ D.C.
DKTG

FEB 3 2000

CLAUDE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

# UNITED STATES DISTRICT COURT
## Southern District of Florida

UNITED STATES OF AMERICA )   Case Number: _00-6023-CR-_
             Plaintiff )   _(Sealed)    Dimitrouleas_

-vs- )   **REPORT COMMENCING CRIMINAL ACTION**

_Marc H. Nones_ )   _60262 004_

   Defendant )   U.S. Marshals Service Number

TO:  Clerk's Office      MIAMI   FT. LAUDERDALE   WEST PALM BEACH
                             FT. PIERCE   (Circle one of above)

NOTE:  CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES
      COURT ABOVE.

All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of arrest: _1/30/00_      _12:00_ a.m. / p.m.

    **Time and Facility where booked** _____

(2) Language Spoken:  _English_

(3) Offense(s) Charged:  _21 USC 922 , 963 , 841_

(4) U.S. Citizen      [ ] Yes   [✓] No   [ ] Unknown

(5) Date of Birth:  _07/05/1974_

(6) Type of Charging Document:  (check one)
   [✓] Indictment      [ ] Complaint to be filed
                [ ] Complaint already filed

   Case Number: _____

   [ ] Bench Warrant
   [ ] Probation Violation Warrant
   [ ] Parole Violation Warrant

   Originating District:  _Southern District Florida_
   COPY OF WARRANT LEFT WITH U.S. MARSHAL?   [ ] YES   [✓] NO

Amount of Bond:  $ _250,000 Corp Surity_

Who set bond:  _Mag Judge Seltzer_

Remarks: _____

Date:  _1/30/00_   Arresting Officer:  _J. Houk / L. Leon_
                       _954 395 7878 pgr_   _631 9308 pgr_
          Agency:  _USCS_