koia.

REC'D by _____ D.C.
DKTG
FEB 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023-CR-DIMITROULES

UNITED STATES OF AMERICA

　　　　Plaintiff,

v.

MARC HAHN NUNES
　　　　Defendant.
_____/

ORDER ON INITIAL APPEARANCE
Language ENGLISH
Tape No. 00G11-2741
AUSA Ryan McCabe
Agent USCS/J. HOUK/L/ LEON
954 398-7318
DOB 07/05/74       #60262-004

FILED by _____ D.C.
MAG. SEC.
JAN 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

　　　　The above-named defendant having been arrested on 1/30/00 having appeared before the court for initial appearance on 1/31/00 and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon **ORDERED** as follows:

1. Abe Bailey appeared as ~~permanent~~/temporary counsel of record.
   Address: 18350 NW 2 Ave. Miami, FL
   Zip Code: 33169   Telephone: 305 653-8860
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____, 2000.
4. ~~Arraignment~~/Preliminary/Removal/Identity hearing is set for 10am Feb 1, 2000.
5. ~~The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____~~
   A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for 10am _____, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   Bond set $250,000 CS w/nebbia
   Continued bond hearing set Feb. 7, 2000 @10am

　　　　This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminal



<u>MARC HAHN NUNES</u>

\_\_ j. Comply with the following additional special conditions of this bond:

_____

_____

This bond was set: At Arrest _____
                   On Warrant _____
                   After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this 31ST day of JANUARY, 2000.

_____
WILLIAM C. TURNOFF
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation