

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

MARC H. NUNES

_____

   This cause came before the Court and pursuant to proceedings held, it is thereupon

   **ORDERED AND ADJUDGED** as follows:

That this case is to be UNSEALED pursuant to the arrest and initial appearance of the above defendant.

   **DONE AND ORDERED** at Miami, Florida this _____31st_____ day of __JANUARY__, 2000.

TAPE NO: 00G//·2741

                                   **UNITED STATES MAGISTRATE JUDGE**
                                   WILLIAM C. TURNOFF

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor

