REC'D by _____ D.C.
DKTG
FEB 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAG. SEC.
JAN 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

CASE NO. CC-6033-CR- DIMITROULEAS

UNITED STATES OF AMERICA,

v.

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD

NUNES, MARC HANN.

COMES NOW __Abe A. Bailey__, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: __01/31/00__

Attorney __Abe A. Bailey__
Address __1850 NW 2nd Ave__
City __Miami__ State __FL__ Zip __33169__
Telephone __(305) 653-8860/61__
Florida Bar No. __C46398__

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____