FILED by ___V___ D.C.
MAG. SEC.
FEB 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. *00-6023-CR-Dimitrouleas*

UNITED STATES OF AMERICA,

vs.

*Marc H. Nunes*

        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : *60262-004*

Language: *English*

    The above-named Defendant appeared before **Magistrate Judge** TURNOFF, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

<u>Defendant:</u>    Address:  ON BOND FORM

                Tel. No: _____

<u>Defense Counsel:</u>  Name : *Abe Bailey*

                Address: *18350 NW 2 Ave. Miami, FL 33169*

                Tel. No: *305 653-8860*

<u>Bond Set/Continued:</u>  $ *250,000 CS w/Nebbia*

Dated this *1st* day of ~~JUNE~~ *February* ,2000.

CLARENCE MADDOX, COURT ADMINISTRATOR

BY PATRICIA MITCHELL
    Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 00G *12-1062*
DIGITAL START NO._____

