FILED by _____ D.C.
MAG. SEC.
FEB 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6023-CR-Dimitrouleas

UNITED STATES OF AMERICA,

v.                                : ORDER ON BOND MOTION

Marc Hahn Nunes                   :

This Cause came before the Court upon motion of the (**defendant**)(government) to (**reduce**)(increase)(modify) the bond. Upon Consideration, it is

ORDERED AND ADJUDGED as follows:

**✓** The motion is denied; bond remains at $250,000 CS w/Nebbia.

____ The motion is granted; bond is set at:

   ____ Personal Surety, unsecured, in the amount of
              $_____.

   ____ Personal Surety in the amount of $_____
         with 10% posted with Clerk of Court.

   ____ Personal Surety in the amount of $_____
         secured by the following collateral: _____
         _____.

   ____ Full Cash in the amount of $_____.

   ____ Corporate Surety in the amount of $_____.

   ____ Full Cash or Corporate Surety in the amount of
              $_____.

In addition to the standard conditions of bond, the following special conditions are hereby imposed:
( ) Defendant shall maintain present residence. ( ) No firearms.
( ) Curfew imposed 7 days a week, from _____ to _____ a.m.
( ) Surrender all travel documents to ___ attorney ___ pretrial services.
( ) Report to Pretrial Services ___ times/week in person ___ times/week by phone.
( ) Maintain gainful employment.
( ) Investigating Agency may monitor defendant's compliance with bond conditions.
( ) Defendant may travel to _____ in connection with charges pending in that District.
( ) Submit to Drug Testing/Treatment by Pretrial Services.
DONE AND ORDERED at Miami, Florida this 1st day of February, 2000.
Tape No. 00G12-1062
cc: Defense counsel
    U.S. Attorney                  _____
    U.S. Marshal                   UNITED STATES MAGISTRATE
    Pretrial Services              WILLIAM C. TURNOFF