```
 1                UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
 2                       MIAMI DIVISION

 3

 4

 5   UNITED STATES OF AMERICA,       No: 00-6023-CR-DIMITROULEAS

 6              Plaintiff,           Miami, Florida
                                     January 31, 2000
 7
        v.
 8

 9   MARC HAHN NUNES,

10              Defendant.

11   _____/

12

13           TRANSCRIPT OF INITIAL APPEARANCE
          BEFORE THE HONORABLE WILLIAM C. TURNOFF
14             UNITED STATES MAGISTRATE JUDGE

15

16   APPEARANCES:

17   For the Plaintiff:       RYAN MCCABE,
                              Asst. U. S. Attorney
18

19
     For the Defendant:       ABE BAILEY, ESQ.
20

21

22
     Transcriber:             L. Leonard
23

24

25

            ACCURATE REPORTING SERVICES, INC.
```

FILED by D.C.
CT. REP.
FEB 17 2000

## NOT

## SCANNED

PLEASE REFER TO COURT FILE