

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023-CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff

v.

MARC H. NUNES

    Defendant(s).
_____/

## MOTION TO REDUCE BOND

COMES NOW the Defendant, MARC H. NUNES, by and through his undersigned attorney and moves this Honorable Court to reduce his present Bond and as grounds therefor would show:

1. That Defendant is being held with a $250,000.00 corporate surety bond.

2. That Defendant is charged with Conspiracy to Import Cocaine & Marijuana.

3. That the defendant has no prior criminal record.

4. The Defendant is not currently on release pending resolution of another court proceeding, nor is he on probation, parole, or other release pending completion of a sentence.

    a. The Defendant cannot afford to post the "standard bond" which was set at his First Appearance Hearing. "Although bond schedules serve a valid purpose, they may not provide a justification for excessive bail. Reductions in bond must be made on a case-by-case basis with full consideration of the legally relevant factors." Rawls v. State, 540 So.2d 946, 947 (Fla. 5th 1989). See also Short v. State, 550 So.2d 177 (Fla. 5th 1989). The



current bail amount is excessive, tantamount to no bail and violates the Eight Amendment to the Constitution of the United States.

    b. Other factors relevant for the purposes of this motion are:

    c. The Defendant is willing to abide by any conditions which are reasonably necessary to assure his appearance as required.

5. That Defendant also indicates that he has never failed to appear in response to a Court process and was not a fugitive from justice at the time of his arrest.

6. That the defendant has family ties to the community: to wit: He has a 2 year old daughter in which to support as well as the childs' mother, who also needs assistance with child care.

7. That Defendant does not pose a risk of flight nor is he a threat to the community.

8. That Roger Powell, AUSA at the United States Attorney's Office was contacted and he has indicated that he will object to this Motion.

WHEREFORE the Defendant prays this Court enter an Order reducing his Bond.

                        Respectfully Submitted,

                        ABE A. BAILEY, P.A.
                        Attorneys for Marc Nunes
                        18350 N.W. 2nd Avenue, 5th Floor
                        Miami, Florida 33169
                        (305) 653-8860

                        By: _____
                            ABE A. BAILEY, ESQUIRE