UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6023-CR-DIMITROULEAS

   Plaintiff,

vs.

MARC H. NUNES,

   Defendant.
_____/

FILED by _____ D.C.

FEB 2 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER DEFERRING RULING

THIS CAUSE having been heard upon Defendant's February 17, 2000 Motion To Reduce Bond [DE-34], the Court defers ruling for five (5) days to await a response from the Government and/or a transcript of the detention hearing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 22 day of February, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Abe Bailey, Esquire
18350 N.W. 2nd Avenue
5th Floor
Miami, FL 33169

Roger Powell, AUSA

Honorable William Turnoff, Magistrate Judge
   Tape #00612-1062

