UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   00-6023-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                        <u>ORDER</u>

MARC H. NUNES,

        Defendant

_____/


    This Cause came before the undersigned on <u>Defendant's Motion To Reduce Bond.</u>  The

Court being fully advised, it is hereby ORDERED AND ADJUDGED that the within Motion is

DENIED.

    DONE AND ORDERED, in Chambers, at Miami, Florida, this __21__ day of _FEB._ ,

2000.


                        _____
                        WILLIAM C. TURNOFF
                        United States Magistrate Judge


cc:   Honorable William P. Dimitrouleas
      Abe A. Bailey, Esquire
      AUSA Roger Powell, Esquire

