UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6023-CR-DIMITROULEAS

    Plaintiff,

vs.

MARC H. NUNES,

    Defendant.
_____/

### ORDER DENYING APPEAL

THIS CAUSE having been heard upon Defendant's February 17, 2000 Motion To Reduce Bond [DE-34] and the Court having construed it as an Appeal from the Magistrate's ruling, and the Court having received a response from the Government [DE-44] and the Magistrate having denied this motion [DE-42] and a transcript having been provided [DE-33], it appears that the Defendant is from Jamaica and is a flight risk.  He is facing a ten (10) year mandatory minimum sentence.  U.S. v. King, 849 F. 2d 485, 490 (11th Cir. 1988).  The Appeal is DENIED.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of February, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge



Copies furnished to:

Abe Bailey, Esquire
18350 N.W. 2nd Avenue, 5th Floor
Miami, FL 33169

Roger Powell, AUSA

Honorable William Turnoff, Magistrate Judge