UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. 00-6023-Cr-Dimitrouleas

    Plaintiff,

v.

MARC NUÑES,

    Defendant.
_____/

NIGHT BOX FILED - MAR 2 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### NOTICE OF PERMANENT APPEARANCE
### AS COUNSEL OF RECORD
### FOR TRIAL PURPOSES ONLY

    COMES NOW STEPHEN J. GOLEMBE who files this appearance as permanent counsel of record for the above named defendant. Counsel agrees to represent the defendant for all proceedings related to trial arising out of the transaction with which the defendant is presently charged in the United States District Court in and for the Southern District of Florida.

    This appearance is for trial purposes only. There is no agreement or understanding between undersigned counsel and the defendant herein for representation regarding any matter at the appellate level. Counsel acknowledges responsibility to advise the defendant of the right of appeal and to file a timely notice of appeal if requested to do so by the defendant.



Counsel hereby states that this is a permanent appearance and is in conformity with the requirements of the Local Rules of the United States District Court for the Southern District of Florida and the Special Rules Governing the Admission and Practice of Attorneys.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded to Assistant United States Attorney Roger Powell, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and Co-Counsel Abe A. Bailey, 18350 Northwest 2nd Avenue, Fifth Floor, Miami, Florida 33160 on this 2nd day of March, 2000.

Respectfully submitted,

| | |
|---|---|
| STEPHEN J. GOLEMBE, ESQUIRE | PATRICIA J. KYLE, ESQUIRE |
| Terremark Centre - Suite 1400 | 216 South Grand Avenue |
| 2601 South Bayshore Drive | Bozeman, Montana 59715 |
| Coconut Grove, Florida 33133 | (406) 582-2040 |
| (305) 858-0404 | |
| _____ | _____ |
| STEPHEN J. GOLEMBE, ESQUIRE | PATRICIA J. KYLE, ESQUIRE |