UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                                    CASE NO.: 00-6023-Cr-Dimitrouleas

vs.

MARC H. NUÑES,

    Defendant.
_____/



## MOTION TO CONTINUE

**COMES NOW** the Defendant, MARC H. NUÑES, by and through counsel and respectfully requests this Honorable Court grant this motion and would allege as follows:

1. The Defendant, MARC H. NUÑES, was arrested in the Miami International Airport in early February 2000 pursuant to a Warrant and subsequently was indicted for conspiracy to import cocaine, attempting to import cocaine and marijuana and possession with intent to distribute cocaine and marijuana.

2. Subsequent to the Defendant, MARC H. NUÑES', arrest Abe A. Baiely was retained by the Defendant and his family.



3. On March 1st, 2000 at approximately 6:00 p.m. Patricia Jean Kyle and Stephen J. Golembe were retained as co-counsel to Mr. Bailey.

4. It was not until March 1st, 2000 that Ms. Kyle and Mr. Golembe were made aware that there was a calendar call set for March 3rd at 9:00 a.m.

5. I assume that Mr. Bailey has received a discovery package and reviewed the evidence in this case but have been advised he has been in trial since February 7th, 2000 before the Honorable United States District Court Judge Michael K. Moore in the matter of U.S. v. Ben Johnson, case number 99-125-Cr-Moore. The trial will not be concluded for at least another four weeks. Therefore, Mr. Bailey is unable to appear for the calendar call set for March 3rd, 2000.

6. Co-Counsel Stephen J. Golembe and Patricia J. Kyle have not had the opportunity to discuss this matter in detail with their client, review about six inches of documentary discovery, investigate the backgrounds of several confidential informants and determine what motions, if any, need to be filed.

7. Counsel does not believe that they will be ready to proceed to trial for at least sixty days and would request that this case not be set before May 1st, 2000.

8. Counsel Patricia Jean Kyle can not be present because she resides in Bozeman, Montana and appears in Miami, Florida for motion hearings and trials and usually makes arrangements several weeks in advance. Ms. Kyle was in Miami this week but had to return to Bozeman, Montana on March 3rd, 2000 as a result of previous commitments in Montana.

9. Counsel Stephen J. Golembe is unable to appear as a result of a previous commitment he made to appear in Mobile, Alabama in the matter of United States v. Juan Forte.

10. This motion is made in good faith and not for any purpose of delay.

WHEREFORE, the Defendant, MARC NUÑES, respectfully requests this Honorable Court grant this motion and continue the calendar call in this matter for approximately sixty days.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded to Assistant United States Attorney Roger Powell, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 and Co-Counsel Abe A. Bailey, 18350 Northwest 2nd Avenue, 5th Floor, Miami, Florida 33169 on this <u>2nd</u> day of March, 2000.

Respectfully submitted,

ABE A. BAILEY, ESQ.
18350 Northwest 2nd Avenue
Fifth Floor
Miami, Florida 33169
(305) 653-8860

_____
ABE A. BAILEY, ESQ.

STEPHEN J. GOLEMBE, ESQ.
Terremark Centre - Suite 1400
2601 South Bayshore Drive
Coconut Grove, Florida 33133
(305) 858-0404

_____
STEPHEN J. GOLEMBE, ESQUIRE

PATRICIA JEAN KYLE, ESQ.
Attorney at Law
216 South Grand Avenue
Bozeman, Montana 59715
(406) 582-2040

_____
PATRICIA JEAN KYLE, ESQ.