## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**


FILED by _____ D.C.
MAR 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6023-CR-WPD    DATE: March 3, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Marc H. Nunes

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: ~~Abe Bailey~~

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Court allows new counsel to enter their appearance for trial purposes only. Deft M/Continue granted in part - time from today until trial deemed excludable.

JUDGMENT: _____

CASE CONTINUED TO: 3/24    TIME: 9:00    FOR: Cal. Call
MISC: 3/27    9:00    trial period.

