UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED ___ D.C.
MAR 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,   CASE NO. 00-6023-CR-DIMITROULEAS

    Plaintiff,

vs.

                              **ORDER GRANTING CONTINUANCE**

MARC H. NUNES
    Defendant.
_____/

    This matter having come before the Court on defendant's March 3, 2000 Motion to Continue. After due consideration, it is

    ORDERED AND ADJUDGED that this case is hereby continued to the two-week trial calendar commencing March 27, 2000 at 9:00 A.M. o'clock, or as soon thereafter as the case may be called. **Counsel and Defendant shall report to a Calendar Call** to be held on **March 24, 2000, at 9:00** A.M. o'clock; it being further

    ORDERED that the period from the date of this order to the time of trial shall be deemed excludable in computing the time within which the trial of this case must commence pursuant to Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

    DONE AND ORDERED this __3__ day of ~~February~~ March, 2000.

                                                 _____
                                               WILLIAM P. DIMITROULEAS
                                               United States District Court Judge
                                               Southern District of Florida

cc:    Roger Powell, AUSA
        Stephen Golembe, Esq.
        Patricia Kyle, Esq.
        Abe Bailey, Esq.

