

FILED by _____ D.C.

MAR 03 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

                                    CASE NO.: 00-6023-Cr-Dimitrouleas

MARC H. NUÑES,

    Defendant.
_____/

## ORDER

THIS CAUSE having come on to be heard before me on the Defendant, MARC H. NUÑES, Motion To Continue and after considering said motion it is hereby:

ORDERED AND ADJUDGED that this Motion is GRANTED and this matter is rescheduled for March 27, 2000 at 9:00 with a calendar call on March 24, 2000 at 9:00 AM.

DONE AND ORDERED, at ~~Miami, Dade~~ Ft. Lauderdale, Broward County Florida this 3 of March, 2000.

_____
WILLIAM P. DIMITROULEAS,
UNITED STATES DISTRICT COURT JUDGE

cc:    AUSA Roger Powell
       Abe A. Bailey, Esq.
       Stephen J. Golembe, Esq.
       Patricia J. Kyle, Esq.

