UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　CASE NO.: 00-6023-Cr-Dimitrouleas

vs.

MARC H. NUÑES,

    Defendant.
_____/

**EMERGENCY
UNOPPOSED SUPPLEMENTAL MOTION TO CONTINUE**

**COMES NOW** the Defendant, MARC H. NUÑES, by and through counsel and respectfully requests this Honorable Court grant this motion and would allege as follows:

1. The Defendant, MARC H. NUÑES, was arrested in the Miami International Airport in early February 2000 pursuant to a Warrant and subsequently was indicted for conspiracy to import cocaine, attempting to import cocaine and marijuana and possession with intent to distribute cocaine and marijuana.

2. A Motion To Continue was filed on or about March 2nd, 2000.

3. On March 3rd, 2000 Alex Kapatenakis appeared before this Honorable Court on behalf of counsel and requested a continuance in this matter until the end of April, 2000, alleging new counsel



had entered the case, counsel(s) had a busy trial schedule and there was discovery that needed to be reviewed and matters that needed to be investigated.

4. Since March 3rd, 2000 counsel, Stephen J. Golembe, has reviewed the discovery with his client on a number of occasions and has also met with Assistant United States Attorney Roger Powell and several of the agents of this case.

5. As a result of reviewing the discovery and discussions had with the Defendant, MARC NUÑES, it has become very apparent that there are a number of witnesses in Jamaica that need to be interviewed before this cause will be ready for trial.

6. As for example, there are witnesses that work for Western Union, the Kingston Airport in Jamaica, sporting agents, and other material witnesses that may be called as defense witness(es). These witnesses need to be interviewed.

7. Undersigned counsel has worked diligently to prepare this case, not withstanding other pressing matters in his practice, and is requesting this Honorable Court re-consider and set this cause for trial so that the Defendant, MARC NUÑES, will be able to continue preparation and receive the due process necessary to prepare for trial.

8. When the Defendant, MARC NUÑES, and his family hired Patricia Jean Kyle and Stephen J. Golembe, it was the understanding that Patricia Jean Kyle would be lead counsel and be present the majority of all pre-trial and trial matters

### CONFLICT - FAMILY TRAVEL

9. Further, the Defendant's counsel, PATRICIA JEAN KYLE, ESQ., will be out of the country on a long-planned, pre-paid archaeological trip to Egypt with her children from April 12, 2000 through May 1, 2000; then will be attending a mandatory Judicial Conference of Montana judges until mid-May and would appreciate a respite to attend to matters in her Municipal Court

before making a trip to Florida. In fact, Ms. Kyle plans on being in Florida and would be easily available for trial on or about June 12, 2000 (after counsel's young children have completed their final exams and are out for summer vacation)(and after Montana State University students have left for summer vacation allowing the Bozeman Municipal Court - and its judge - to take a breather), and she greatly would appreciate the Court's consideration in scheduling a trial date this far out.

10. Patricia Jean Kyle is well known to these courts and is always ready to proceed in accordance with court schedule, so long as all discovery and preparation has been completed.

11. Patricia Jean Kyle requests a special setting due to travel in hopes that this court appreciate her family commitment as well as her commitment to her client.

### CONFLICT AS TO STEPHEN J. GOLEMBE, ESQUIRE

12. Stephen J. Golembe, Esquire is presently in a trial before the Honorable Circuit Court Judge Barbara Levenson in the matter of State of Florida vs. Willy J. Lester. This trial commenced on Wednesday, March 22nd, 2000 and is not expected to conclude until the afternoon of Friday, March 24th, 2000 or Monday, March 27th, 2000.

13. Counsel has contacted Assistant United States Attorney Roger Powell and he has advised he has no objection to this motion.

**WHEREFORE**, the Defendant, MARC NUÑES, respectfully requests this Honorable Court grant this motion and continue the calendar call in this matter for approximately sixty days.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded to Assistant United States Attorney Roger Powell, 299 East Broward Boulevard, Fort Lauderdale,

Florida 33301 and Co-Counsel Abe A. Bailey, 18350 Northwest 2nd Avenue, 5th Floor, Miami,

Florida 33169 on this <u>22nd</u> day of March, 2000.

Respectfully submitted,

ABE A. BAILEY, ESQ.
18350 Northwest 2nd Avenue
Fifth Floor
Miami, Florida 33169
(305) 653-8860

_____
ABE A. BAILEY, ESQ.

STEPHEN J. GOLEMBE, ESQ.           PATRICIA JEAN KYLE, ESQ.
Terremark Centre - Suite 1400          Attorney at Law
2601 South Bayshore Drive              216 South Grand Avenue
Coconut Grove, Florida 33133           Bozeman, Montana 59715
(305) 858-0404                         (406) 582-2040

_____    _____
STEPHEN J. GOLEMBE, ESQUIRE        PATRICIA JEAN KYLE, ESQ.