UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  　　　CASE NO. 00-6023-CR-DIMITROULEAS

　　　Plaintiff,

vs.

MARC NUNES,

　　　Defendant.
_____/

FILED by ___ D.C.
MAR 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's March 22, 2000 Emergency Unopposed Supplemental Motion To Continue, it is DENIED, without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 22 day of March, 2000.

_____
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Roger Powell, AUSA

Abe A. Bailey, Esquire
18350 N.W. 2nd Avenue, Fifth Floor
Miami, FL 33169

Stephen J. Golembe, Esquire
2601 South Bayshore Drive, #1400
Coconut Grove, FL 33133

Patricia Jean Kyle, Esquire
216 South Grand Avenue
Bozeman, MT 59715

