# CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS



FILED by ___ D.C.
MAR 2 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6023-CR-WPD   DATE: March 24, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff / Carl Schanzleh

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Marc Nanca

U.S. ATTORNEY: Roger Powell   DEFT. COUNSEL: Stephen Holcombe

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Deft's m/continuance is deferred until 10:15. Court grants m/continue. Case is reset. Time from today until trial is deemed excludable.

JUDGMENT: _____

CASE CONTINUED TO: 5/19   TIME: 9:00   FOR: Cal. Call
MISC: 5/22

