UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023-CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

v.

MARC H. NUNES

    Defendant(s).
_____/



## EXPARTE MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW, the defendant, MARC NUNES, by and through undersigned Counsel and files this his Motion for Writ of Habeas Corpus Ad Testificandum and states:

1. That the following Federal Inmates are required to give evidence in the case at bar.

2. That said Federal Inmates are confined in Federal Facilities as directed by the U.S. Marshall Service.

3. That the Inmates are as follows:

    **DWAYNE CAMPBELL- REGISTER NUMBER: 59834-004 - FDC**
    **NAPOLIAN RAGLUND - REGISTER NUMBER: 55153-004 - FDC**
    **HOWARD HALL - REGISTER NUMBER: 06427-003 - FDC**
    **JEFFERSON GORDON - REGISTER NUMBER: 51159-004 - FDC**
    **ZIMMERMAN BEHARRY - REGISTER NUMBER: 31439-004 - FDC**
    **STEVE REINS - REGISTER NUMBER: 31123-004 - FDC**
    **DAMIAN OLIVER - REGISTER NUMBER: 60099-004 - FDC**
    **ANDREW BROWN - REGISTER NUMBER: 55098-004 - FDC**

WHEREFORE the defendant MARC NUNES requests that they be brought from FDC in Miami and produced in Court at the Trial in this cause.

Page 1 of 2



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been Mailed to Roger Powell, AUSA, United States Attorney's Office, 500 E. Broward Blvd, Ste 700, Fort Lauderdale, Fl 33394, Michael Hursey, Esq, 305 South Andrews Avenue, Ste 800, Fort Lauderdale, Fl 33301, Stephen Golembe, Esq, 2601 S Bayshore Drive, Ste 1400, Coconut Grove, Fl 33153 on this 2rd day of May, 2000.

          Respectfully Submitted,

          ABE A. BAILEY, P.A.
          18350 N.W. 2nd Avenue, Fifth Floor
          Miami, Florida 33169
          (305) 653-8860

By:_____
          ABE A. BAILEY, ESQUIRE
          FBN: 0480398