UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023-CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

v.

MARC H. NUNES

    Defendant(s).

_____/

### AMENDED PETITION FOR WRIT AD TESTIFICANDUM

COMES NOW, the defendant, MARC NUNES, by and through undersigned Counsel and moves this Honorable Court to issue the following Writ Ad Testificandum, directing the United States Marshall to produce the following inmates for Trial scheduled on May 22, 2000 at 9:00 a.m.:

    **NAPOLIAN RAGLUND - REGISTER NUMBER: 55153-004 - FDC**
    **HOWARD HALL - REGISTER NUMBER: 06427-003 - FDC**
    **ZIMMERMAN BEHARRIE - REGISTER NUMBER: 31439-004 - FDC**
    **DAMIAN OLIVER - REGISTER NUMBER: 60099-004 - FDC**
    **ANDREW BROWN - REGISTER NUMBER: 55098-004 - FDC**



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been Mailed to Roger Powell, AUSA, United States Attorney's Office, 500 E. Broward Blvd, Ste 700, Fort Lauderdale, Fl 33394, Michael Hursey, Esq, 305 South Andrews Avenue, Ste 800, Fort Lauderdale, Fl 33301, Stephen Golembe, Esq, 2601 S Bayshore Drive, Ste 1400, Coconut Grove, Fl 33153 on this ETC day of May, 2000.

Respectfully Submitted,

ABE A. BAILEY, P.A.
18350 N.W. 2nd Avenue, Fifth Floor
Miami, Florida 33169
(305) 653-8860

By: _____
ABE A. BAILEY, ESQUIRE
FBN: 0480398