UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023-CR-DIMITROULEAS



UNITED STATES OF AMERICA

    Plaintiff,

v.

MARC H. NUNES

    Defendant(s).
_____/

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

THIS CAUSE, having come on to be heard upon the Petition for Writ Ad Testificandum of defendant, MARC NUNES for the testimony at proceedings and litigation on Counsel's Motion, and after having been advised in the premises, it is hereby

ORDERED and ADJUDGED that the Superintendent of FDC, Miami shall deliver on to the United States Marshal Service, the following Inmate:

**ANDREW BROWN - Bureau of Prisons Inmate/FDC - REGISTER NUMBER:
55098-004 (Designated FCI -Coleman)**

The above Inmate shall thereafter be produced on May 22, 2000 at 9:00 a.m., at the United States District Court, Court Room 203E, at 299 E. Broward Boulevard, Fort Lauderdale, Florida. That these Inmates shall remain confined within a federal facility



as directed by United States Marshal Service until the conclusion of the proceedings, or until further order of the Court, at which time the person(s) shall thereafter be returned to the FDC, Miami, or the institution to which he has been designated or otherwise be delivered in accordance with any further Order of this Court.

DONE and ORDERED in Fort Lauderdale, Broward County, Florida this ___9___ day of ___May___, 2000.

WILLIAM DIMITROULEAS - District Court Judge

Copies Furnished to:
Superintendent of FDC, Miami
United States Marshal
Roger Powell, AUSA