UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023-CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

v.

MARC H. NUNES

    Defendant(s).
_____/



### MOTION TO TRANSPORT FEDERAL INMATES TO TESTIFY AT TRIAL

COMES NOW, the defendant, MARC NUNES, by and through undersigned Counsel and files this his Motion to enable the U.S. Marshall Service to transport two (2) Federal Inmates for the purposes of testifying at the Trail in the matter at bar and states:

1. That this case is scheduled for Trial commencing the week of May 22, 2000.

2. That the defendant MARC NUNES has informed Counsel that several Inmates were approached and solicited by certain co-operating co-conspirators in this case to falsify their testimony at trial.

3. That Counsel has filed Writs of Habeas Corpus Ad Testificandum to enable some of these inmates to testify at trial.

4. That two (2) inmates are now out of the Jurisdiction and have to be transported back to the Miami area, to wit: (1) **Zimmerman Beharrie - BOP Inmate, USP - Atlanta en route USP Leavenworth, Register Number 31439-004 - FDC (2) Howard Hall - BOP - USP - Atlanta en route Talladega, FDC Register Number: 06427-003**



5. That the Marshall Service has indicated that the cost to transport the two (2) inmates is $10,000.00.

6. That the defendant MARC NUNES does not have the funds to pay for said transportation.

WHEREFORE the defendant MARC NUNES requests that the Court instructs the Marshall Service to produce the two (2) individuals for Trial during the Trial period specified.

### Rule 88.9 Certificate

Undersigned Counsel has contacted the Assistant United States Attorney who objects to the foregoing motion.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been Mailed to Roger Powell, AUSA, United States Attorney's Office, 500 E. Broward Blvd, Ste 700, Fort Lauderdale, Fl 33394, Michael Hursey, Esq, 305 South Andrews Avenue, Ste 800, Fort Lauderdale, Fl 33301, Stephen Golembe, Esq, 2601 S Bayshore Drive, Ste 1400, Coconut Grove, Fl 33153 on this ___ day of _____ 2000.

Respectfully Submitted,

ABE A. BAILEY, P.A.
18350 N.W. 2nd Avenue, Fifth Floor
Miami, Florida 33169
(305) 653-8860

By: _____
ABE A. BAILEY, ESQUIRE
FBN: 0480398