UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023-CR-DIMITROULEAS

UNITED STATES OF AMERICA

    Plaintiff,

v.

MARC H. NUNES

    Defendant(s).
_____/

## ORDER

THIS CAUSE came before the Court upon Defendant's Motion to Transport Federal Inmates to Testify at Trial.

THE COURT has considered the above Motions and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is hereby _Granted_

DONE and ORDERED in Fort Lauderdale, Broward County, Florida this ___10___ day of ___May___, 2000.

                         WILLIAM DIMITROULEAS - District Court Judge

Copies Furnished to:

United States Marshal
Roger Powell, AUSA

