## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



CASE NUMBER: 00-6023-CR-WPD    DATE: May 19, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Marc Nunes

U.S. ATTORNEY: Roger Burrell    DEFT. COUNSEL: Stephen Golembe
                                                Patricia Kyle

REASON FOR HEARING: Calendar call / Status Conference

RESULT OF HEARING: Deft's motion to continue is denied. Jury selection to begin on Monday.

JUDGMENT: _____

CASE CONTINUED TO: 5/22/00    TIME: 9:15    FOR: Jury Selection

MISC: _____

