

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                    CASE NO.: 00-6023-Cr-Dimitrouleas

vs.

MARC H. NUÑES,

    Defendant.

_____/

## O R D E R

THIS CAUSE having come on to be heard before me on the Defendant, MARC H. NUÑES, Motion To Continue and after considering said motion it is hereby:

ORDERED AND ADJUDGED that this Motion is ~~GRANTED and this matter is rescheduled for~~ Denied _____

_____

DONE AND ORDERED, at ~~Miami, Dade~~ Broward County Florida this ___ of May, 2000.

                                        WILLIAM P. DIMITROULEAS,
                                        UNITED STATES DISTRICT COURT JUDGE

cc:    AUSA Roger Powell
       Abe A. Bailey, Esq.
       Stephen J. Golembe, Esq.
       Patricia J. Kyle, Esq.