UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6023-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

   Plaintiff,

v.

MARC H. NUNES

   Defendant.
_____/

**NIGHT BOX FILED**
**MAY 1 9 2000**
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

GOVERNMENT'S THIRD SUPPLEMENTAL
RESPONSE TO STANDING DISCOVERY ORDER

  The United States files this Third Supplemental response to the Standing Discovery Order issued in this case. This response is numbered to correspond to that Order.

 A.
  5. Books, papers, documents, etc., which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendants may be inspected by making an appointment with undersigned counsel, or U.S. Customs S/A Steve Houk at 954-356-7383.

   Attached:
   1.) Plea Agreements - co-defendants Brathwaite, Richardson, Murray and Howell -numbered 00908 thru 00936.

   2.) Co-defendant Brathwaite - Motion for Sentence Reduction; Order of J & C; Order reducing Brathwaite's original sentence of 90 months to 54 months - numbered 00937 thru 00947.

   3.) DEA 6 Reports - numbered 00948 thru 00952.

   4.) US Customs ROI's - numbered 00953 thru 00965.



The attachments to this response are numbered pages 00908 - 00965. Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: *Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.: 341411
Telephone No.: (954) 356-7255
Facsimile No: (954) 356-7336
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394

### CERTIFICATE OF SERVICE

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was faxed this **20th** day of **MAy, 2000** to:

Ms. Patricia J. Kyle, Esq.
Attorney for Defendant Nunes
216 South Grand Avenue
Bozeman, Montana 59715

Mr. Stephen J. Golembe, Esq.
Attorney for Defendant Nunes
2601 South Bayshore Drive, Suite 1400
Coconut Grove, Florida 33133

Mr. J.C. ELSO, Esq.
Attorney for Defendant Nunes
3780 W. Flagler Street
Miami, Florida 33134

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

2