UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6023-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARC H. NUNES,

        Defendant.
_____/

**NIGHT BOX FILED**

**MAY 1 9 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S FOURTH SUPPLEMENTAL RESPONSE TO STANDING DISCOVERY ORDER

The United States files this Fourth Supplemental response to the Standing Discovery Order issued in this case. This response is numbered to correspond to that Order.

    A.
        5. Books, papers, documents, etc., which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendants may be inspected by making an appointment with undersigned counsel, or U.S. Customs S/A Steve Houk at 954-356-7383.

        Attached:
        1.) Co-defendant Murray Order of J & C - numbered 00966 thru 00971.

        2) Co-defendant Richardson Order of J & C - numbered 00972 thru 00977.

The attachments to this response are numbered pages 00966 - 00977. Please contact the undersigned Assistant United States



Attorney if any pages are missing.

> Respectfully submitted,
>
> THOMAS E. SCOTT
> UNITED STATES ATTORNEY
>
> By: /s/ Roger W. Powell
> ROGER W. POWELL
> ASSISTANT UNITED STATES ATTORNEY
> Florida Bar No.: 341411
> Telephone No.: (954) 356-7255
> Facsimile No: (954) 356-7336
> 500 E. Broward Blvd., Suite 700
> Fort Lauderdale, Florida 33394

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was faxed this **21th** day of **MAy, 2000** to:

> Ms. Patricia J. Kyle, Esq.
> Attorney for Defendant Nunes
> 216 South Grand Avenue
> Bozeman, Montana 59715
>
> Mr. Stephen J. Golembe, Esq.
> Attorney for Defendant Nunes
> 2601 South Bayshore Drive, Suite 1400
> Coconut Grove, Florida 33133
>
> Mr. J.C. ELSO, Esq.
> Attorney for Defendant Nunes
> 3780 W. Flagler Street
> Miami, Florida 33134

> /s/ Roger W. Powell
> ROGER W. POWELL
> ASSISTANT UNITED STATES ATTORNEY

2