UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6023-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARC H. NUNES,

    Defendant.
_____/

**NIGHT BOX FILED**

MAY 1 9 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S WITNESS LIST

**COMES NOW** the United States of America, by and through its undersigned Assistant United States Attorneys, and files its Witness List for Trial in the above styled cause.

1. Roy A. Brathwaite
2. Inspector Peggy Neaves, U.S. Customs Service
3. Quayle Monrae Richardson
4. Keith Murray
5. Special Agent Steve Houk, U.S. Customs Service

    Respectfully submitted,

    THOMAS E. SCOTT
    UNITED STATES ATTORNEY

By: *Roger W. Powell*
   ROGER W. POWELL
   ASSISTANT UNITED STATES ATTORNEY
   Florida Bar No.: 341411
   500 E. Broward Blvd., Suite 700
   Fort Lauderdale, Florida 33394
   Tele: (954)356-7255; Fax:356-7336



**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was faxed this 20th day of **May, 2000** to:

>Ms. Patricia J. Kyle, Esq.
>Attorney for Defendant Nunes
>216 South Grand Avenue
>Bozeman, Montana 59715
>
>Mr. Stephen J. Golembe, Esq.
>Attorney for Defendant Nunes
>2601 South Bayshore Drive, Suite 1400
>Coconut Grove, Florida 33133
>
>Mr. J.C. ELSO, Esq.
>Attorney for Defendant Nunes
>3780 W. Flagler Street
>Miami, Florida 33134

ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY