UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6023-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARC H. NUNES,

    Defendant.
_____/

**NIGHT BOX FILED**

**MAY 1 9 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### VOIR DIRE QUESTIONS

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorneys, who respectfully tender the following questions to be asked by this Honorable Court or by the undersigned during the voir dire examination of the jury venire in this case.

The Government also requests that leave be granted to orally tender such supplemental questions as may be necessitated by the answers of the prospective jurors.

### JUROR BACKGROUND - GENERAL

1. Occupation? (If retired, pre-retirement occupation?)
2. For how long have you been in your present job?
3. Does your current occupation involve any supervisory or management responsibilities?
4. For those of you who are married, what is your spouse's occupation?
5. How many of you have minor children living at home?



6. What are the ages of your children living at home?
7. Does anyone in the household, aside from you and your spouse, work outside the home?
8. How many of you have adult children?
9. What are the occupations of your adult children?
10. Do any of you know or recognize anyone present in the courtroom?
11. Some people have religious beliefs or other personal beliefs which may prevent them from voting as jurors. Do any of you have any religious, moral or other beliefs which may affect your ability to return a verdict in this criminal case? In other words, is there anything that would prevent you from passing judgment on another human being?
12. Have you ever served on a jury in either federal or state court? If so, was it a civil or criminal case? Did that jury reach a verdict?

**EXPERIENCES WITH LAW ENFORCEMENT/GOVERNMENT**

13. This case initially was investigated by the United States Customs Service and the Drug Enforcement Administration. Have you, or any members of your family, or any of your close friends, to the best of your knowledge, had any experience with these agencies or any agency of the United States government that

would or could prejudice you either for or against the government?

14. Have you, or anyone you know, ever been arrested?
15. What was the result?
16. Do you feel that the person was treated fairly by the criminal justice system?
17. Have you, or anyone you know, ever been charged with a crime?  If so, what were the circumstances?
18. Have you, or anyone you know, been a witness in a criminal case or a witness before a grand jury?  What were the circumstances?
19. Have you, or anyone you know, ever been investigated for any crime?
20. Has any experience with local, state or federal law enforcement officers left you with bad feelings about law enforcement officers?
21. Have any of you, or your family members, ever been a victim of a crime?
22. What were the circumstances?
23. Was the offender caught?
24. Was the case prosecuted?
25. What was the result?
26. Were you satisfied with the result?
27. Does everyone here believe that any person who involves

himself in a criminal endeavor should be held responsible for his actions?

28. Have you now, or do you expect to have, a case against or a claim against or a dispute with the United States government? If so, anything about that matter that you found upsetting or troubling in any way?

29. Do any of your relatives or close friends have now, or expect to have, a case against or dispute with the United States? If so, what are the circumstances?

30. How many of have served in the military?

31. Have you or any friend or relative ever been subject to a court-martial proceeding?

32. Have you or any friend or relative ever been discharged from the military other than honorably?

33. Have you or any of your relatives or friends ever had any unpleasant experience with a government agency that may cause you to be prejudiced against the government?

34. Have you or any of your close family members ever been audited by the Internal Revenue Service? If so:
    a. Do you feel that you (or they) were treated fairly by the Internal Revenue Service;
    b. Was there anything about this experience that would prejudice you either for or against the Government?

35. Have you or any members or your immediate family or close friends had any experience with the Internal Revenue Service or any other department of the Government which caused you to feel some resentment toward the Government?
36. Do you have any disagreement with the idea that every person is obligated to obey the income tax laws as well as all other laws of this country?
37. Do you hold any strong personal or philosophical feelings about the tax system of the United States? If so, what are those feelings?

### BIAS - DRUG LAWS

38. Does anyone here view violations of the drug laws as "victimless crimes"?
39. What are your views on the drug laws?
40. Is there anyone here who believes in the legalization or decriminalization of cocaine or marijuana?
41. Do any of you have any beliefs or feelings or opinions that any of the drug laws should not be enforced?
42. Have any of you ever seen a person using illegal drugs?
43. Have any of you ever seen a person use cocaine?
44. How many of you have used illegal drugs yourselves?
45. How many have used cocaine?
46. The defendant is charged with drug law violations. Do

you know of any reason, such as sympathy, prejudice or religious views, or any other reasons, which may make it difficult or impossible for you to sit as an impartial juror in this case?

### BIAS - CASE SPECIFIC

47. Some of the witnesses whom the Government may call are cooperating with the Government in return for pleas of guilty to reduced charges and other considerations. This is called a plea bargain arrangement. Plea bargaining is legitimate and is encouraged by the Court. Is anyone opposed to plea bargaining or upset by this form of case disposition? Are any of you upset by the Government's use of cooperating individuals to investigate and prosecute others?

48. Has anyone ever traveled to Jamaica? If so, what was the purpose of your visit? If so, did you fly on Air Jamaica Airlines?

49. Has anyone traveled abroad and returned to the United States by flighting into the Fort Lauderdale International Airport? If so, were you searched by the U.S. Customs Service?

50. Has anyone ever wire transferred money to a friend or relative utilizing Western Union Money Transfer? If so, were you satisfied with their service?

51. Has anyone ever thought that "certain people in the United States who are addicted to drugs will find a means of obtaining drugs and the people supplying the drugs should not be held responsible for supplying them the drugs?"

52. Have any of you heard anything about this case in the news? If so, what?

53. If the government proves its case against the defendant beyond a reasonable doubt, will you be able to sit here, face her and declare him guilty?

### BIAS - GENERAL

54. If you were in the position of the Assistant United States Attorney charged with the responsibility for prosecuting this case, do you know of any reason why you would not want to have this case tried by someone in your present frame of mind?

55. Do each of you presently feel that you could listen to the evidence in this case and deliberate on a verdict with a completely open and impartial mind?

56. Do any of you have any problems with your hearing, sight or any other medical problem which would impair your ability to devote full attention to this trial?

57. Do any of you have problems with the English language which would impair your ability to serve as jurors?

7

58. Is there anyone here who, for any reason whatsoever, does not want to be on the jury in this case?

59. Conversely, is there anyone here who would prefer to serve on the jury in this case?

60. Is there any matter pending in your life, about which you are so concerned, that it would prevent you from devoting your full, undivided attention to this trial?

61. It is the jury's duty to judge guilt or innocence based on the evidence; it is my duty as judge to determine punishment if the defendant is found guilty. The law does not permit you to consider the issue of punishment, because there are factors having nothing to do with this trial that will determine lenience or harshness. Would you consider the issue of punishment in your deliberations on the verdict?

            Respectfully submitted,

            THOMAS E. SCOTT
            UNITED STATES ATTORNEY

By: *Roger W. Powell*
            ROGER W. POWELL
            ASSISTANT UNITED STATES ATTORNEY
            Florida Bar No.: 341411
            500 E. Broward Blvd., Suite 700
            Fort Lauderdale, Florida 33394
            Tele: (954)356-7255; Fax:356-7336

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was faxed this 20th day of **May, 2000** to:

   Ms. Patricia J. Kyle, Esq.
   Attorney for Defendant Nunes
   216 South Grand Avenue
   Bozeman, Montana 59715

   Mr. Stephen J. Golembe, Esq.
   Attorney for Defendant Nunes
   2601 South Bayshore Drive, Suite 1400
   Coconut Grove, Florida 33133

   Mr. J.C. ELSO, Esq.
   Attorney for Defendant Nunes
   3780 W. Flagler Street
   Miami, Florida 33134

*Roger W. Powell*
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY