UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,     CASE NO. 00-6023-CR-DIMITROULEAS

    Plaintiff,

vs.

MARC NUNES,

    Defendant.
_____/

## O R D E R

THIS CAUSE having been heard upon Defendant's May 17, 2000 Motion In Limine, and the Court treating it as a Motion to Suppress Out-Of-Court Identification; and the Court having heard testimony from Agent Houk and Roy Brathwaite at an evidence hearing held on May 22, 2000, having viewed the photo lineup, having determined credibility of witness, having heard arguments of counsel, finds as follows:

1. On June 2, 1999, Agent Houk showed Roy Brathwaite a photo lineup, and Brathwaite identified the Defendant. The photo lineup contained photos of six black males.

2. The photo of the Defendant has a slight greenish hue, the other photographs look a little different; they look like xeroxes.

3. Roy Brathwaite first met the Defendant at a New York party in December, 1997. Brathwaite next saw the Defendant at a Jamaica hotel in December, 1997 when a suitcase was given to him by the Defendant. They drove to the airport together. In February and March, 1998, Brathwaite again saw the Defendant in Jamaica where the Defendant gave him other suitcases on those two occasions.

4. Roy Brathwaite had no difficulty in identifying the Defendant's photograph because



he knows the Defendant. When asked to describe the photographs at the hearing. Brathwaite initially described them as six black and white photographs, then when pressed on the issue, he did notice that the Defendant's photograph had a greenish glow.

5. All six photographs are basically black and white photographs.

6. The photo lineup was not unreasonably suggestive. U.S. v. Curry, 187 F. 3d 762 (7th Cir. 1999); U.S. v. Burdeau, 168 F. 3d 352 (9th Cir. 1999). None of the pictures stand out prominently from the others in the array unlike U.S. v. Wiseman, 172 F. 3d 1196 (10th Cir. 1999). Brathwaite knew the Defendant and identified him immediately in the lineup. U.S. v. Flores, 149 F. 3d 1272 (10th Cir. 1998).

Wherefore, Defendant's Motion In Limine is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 23 day of May, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Roger Powell, AUSA

Stephen J. Golembe, Esquire
2601 South Bayshore Drive, #1400
Coconut Grove, FL 33133