**CRIMINAL MINUTES**

MAY 2 3 ...

CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: _OD-6023-CR-WPD_    DATE: _May 23, 2000_

COURTROOM CLERK:  Karen A. Carlton        COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.  _Marc Nunes_

U.S. ATTORNEY _Roger Powell_        DEFT. COUNSEL: _S. Golembe, J.C. Liso, P. Kyle_

REASON FOR HEARING: _Jury Trial Day 2_

RESULT OF HEARING: _Gov't Case in Chief Cont._

_____

_____

_____

_____

_____

JUDGMENT: _____

CASE CONTINUED TO: _5/24_        TIME: _915_        FOR: _Day 3_

MISC: _____

_____

