## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6023-WPD  DATE: May 24, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: ____   INTERPRETER: ____

UNITED STATES OF AMERICA  VS.  Marc Nunes

U.S. ATTORNEY: _____   DEFT. COUNSEL: P. Kyle, S. [illegible]

REASON FOR HEARING: Jury trial Day 3

RESULT OF HEARING: Gov't's case in chief continued

JUDGMENT: ____

CASE CONTINUED TO: 1:00   TIME: 5/26/00   FOR: Day 4

MISC: ____

