REC'D by _____ D.C.
DKTG
MAY 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

FILED by _____ D.C.
MAY 2 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6023-CR-WPD    DATE: May 22, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: ~~Bob Ryckoff~~ Carl Shrander

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    vs.    Maric Nunez

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: P. Kyle, S. Gorende, JCERO

REASON FOR HEARING: Jury selection & Trial day 1

RESULT OF HEARING: Jury voir dire. Jury selected and sworn. Court heard M/Suppress. Motion to Suppress w/ Denied. Opening statements (Powell for Gov't)(Elso for deft). Gov't case in chief.

JUDGMENT: _____

CASE CONTINUED TO: 5/23/00    TIME: _____    FOR: Jury Trial day 2

MISC: _____