## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6023-CR-(WD)    DATE: May 26, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Marc Nunes

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: S. Gwembe, P. Kyle, JC Eleso

REASON FOR HEARING: Jury Trial Day 4

RESULT OF HEARING: Gov't's Case in Chief Continued

JUDGMENT: _____

CASE CONTINUED TO: 5/30    TIME: 9:15    FOR: Day 5

MISC: _____