## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6023-CR-WPD     DATE: May 30, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA     VS.     Marc Nunez

U.S. ATTORNEY: Roger Powell     DEFT. COUNSEL: S. Gutembe, P. Kyle

REASON FOR HEARING: Jury Trial Day 5

RESULT OF HEARING: Gvt Rested late on Friday. Deft's Rule 29 motion for Judgment of acquittal is Denied. Deft's case in chief. Deft Rests. Closing Arguments (Powell)(Kyle)(Rebuttal (Powell) Crt Instructs Jury. Jury Deliberations.

JUDGMENT: _____

CASE CONTINUED TO: 5/31/00     TIME: _____     FOR: Day 6

MISC: _____