**CRIMINAL MINUTES**



FILED _____ D.C.
MAY 31 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6023-CR-WD   DATE: May 31, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Mave Nunex

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: S. Golenke JCC00, P. Kyle

REASON FOR HEARING: Jury Trial Day

RESULT OF HEARING: Jury Deliberations Continue
Jury Verdict of Guilty on Counts 1-5.

JUDGMENT: _____

CASE CONTINUED TO: 8/11/00   TIME: 11:00   FOR: Sentencing

MISC: _____