# United States District Court

DISTRICT OF **Southern** **Florida**

**EXHIBIT AND WITNESS LIST**

USA v. Marc Nunes

CASE NUMBER: 00-6023-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Roger Powell | S. Coremer, P. Kyle, X. Eko |
| TRIAL DATES 5/22/00, 5/23/00, 5/24/00, 5/26/00 | COURT REPORTER Carl Schanzleh - s/22 Bu. Tymoff 5/23 - 5/30 | COURTROOM DEPUTY Fred Carlton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/22 | | | |
| 13 | | | ✓ | | W-1 Davis Houck — From Motion to Suppress heard before trial |
| | | | | | Photo array |
| | | | | | W-2 Roy Braithwaite |
| | | 5/22 | | | W-1 Roy Braithwaite |
| 1 | | | ✓ | ✓ | Black suitcase |
| 4 | | | ✓ | ✓ | U.S. Customs Form |
| 5AE | | | ✓ | ✓ | Tag from suitcase |
| 6AC | | | ✓ | ✓ | Flight tickets |
| 7A-C | | | ✓ | ✓ | |
| 8 | | | ✓ | ✓ | |
| 9AB | | | ✓ | ✓ | Drivers license |
| 10A-C | | | ✓ | ✓ | Work permit, Green Card & ID |
| 11 | | | ✓ | ✓ | Social Security Card |
| 12 | | | ✓ | ✓ | Photo lineup of Mr. Murray |
| 13 | | | ✓ | ✓ | Photo lineup of Defendant |
| 14 | | | ✓ | ✓ | Card |
| 15 | | | ✓ | ✓ | Bank Deposit Slip |
| 16 | | | ✓ | ✓ | Bldg. Pablo's job |
| 17 | | | ✓ | ✓ | Blockbuster Video |

Page 1 of 4 Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST — CONTINUATION**

USA vs. Marc Nunez    CASE NO. 00-6023 CR-WPD

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 18 | | 5/22/00 | ✓ | ✓ | Photo Array (Howell) |
| | | 5/23/00 | | | W-2- Peggy Neaves |
| 2a,b,c | | 5/23/00 | ✓ | ✓ | Drugs (A cocaine, B marijuana, C cocaine) |
| 3 | | 5/23/00 | ✓ | ✓ | Pillow + Newspaper |
| 54 | | 5/23/00 | | | Stipulation |
| | | " | | | W-3 Gayle Richardson |
| 19 | | 5/23/00 | ✓ | ✓ | Photo lineup (Murray) |
| | | " | | | W-4 Keith Murray |
| 20 | | " | ✓ | ✓ | ~~TABS~~ See W. Union |
| 21 | | " | ✓ | ✓ | Western Union - M17,20+1 |
| 22a+b | | " | ✓ | ✓ | W.U. receipts |
| 23 | | " | ✓ | ✓ | Photo lineup (Richardson) |
| 24 | | " | ✓ | ✓ | Paper with phone #'s |
| 25a+b | | " | ✓ | ✓ | Phone # + calling card |
| 26a-e | | " | ✓ | ✓ | List of phone numbers |
| 27a-h | | " | ✓ | ✓ | Murray's cards |
| 28 | | " | ✓ | ✓ | Phone records (wife's cell) |
| 29 | | " | ✓ | ✓ | Pager + cell phone records |
| 52 | | " | defense | | Treasury Records |
| | | " | | W-5 | Agent J. Steven Hack |
| 30a+b | | " | ✓ | ✓ | Luggage tags (Nunes) |
| 31 | | " | ✓ | ✓ | INS form + Jamaican form |
| 32a+b | | " | ✓ | ✓ | Tax Rg # + D.L. of A. |
| 33 | | " | ✓ | ✓ | Passport |
| 34 | | " | ✓ | ✓ | Phone Records (Carol Johnson) |
| 35 | | " | ✓ | ✓ | Phone records |

Page 2 of 4 Pages

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST — CONTINUATION**

USA vs. Nunes — CASE NO. 00-6023-CR

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 36 | | 5/23/00 | ✓ | ✓ | Phone record |
| 37 | | 5/23/00 | ✓ | ✓ | Phone " |
| 38 | | 5/23/00 | ✓ | ✓ | Phone " |
| 39 | | 5/23/00 | ✓ | ✓ | Be. per records |
| 40 | | 5/23/00 | ✓ | ✓ | Phone records |
| 41 | | 5/23/00 | ✓ | ✓ | " |
| 42 | | 5/23/00 | ✓ | ✓ | Court document |
| 43 | | 5/23/00 | ✓ | ✓ | Vehicle registration |
| 44 | | 5/23/00 | ✓ | ✓ | |
| 45 | | 5/23/00 | ✓ | ✓ | |
| 46 | | 5/23/00 | ✓ | ✓ | Report |
| | Def W-1 | 5/24/00 | | | Celia Hibbert (out of turn) |
| 47 | | 5/24/00 | ✓ | ✓ | Howell W-2 |
| 48 | | 5/24/00 | ✓ | ✓ | " TIME CARD |
| 49 | | 5/24/00 | ✓ | ✓ | Swipe card data |
| 50 | | 5/24/00 | ✓ | ✓ | Travel entry record from Customs (Hahn) |
| 51 | | 5/24/00 | ✓ | ✓ | " " " " " (Nunes) |
| 52 | | 5/24/00 | ✓ | ✓ | I-94 records, marked by defense initially |
| 53 | | 5/24/00 | ✓ | ✓ | I-94 (97-98) |
| 55 | | 5/24/00 | ✓ | | Chart |
| 56 | | 5/24/00 | ✓ | | " |
| 57 | | 5/24/00 | ✓ | | " |
| 58 | | 5/24/00 | ✓ | | " |
| 59 | | 5/24/00 | ✓ | | " |
| 60 | | 5/24/00 | ✓ | | " |

3 of 4

AO 187A (Rev. 7/87)   EXHIBIT AND WITNESS LIST — CONTINUATION

| | | | | | |
|---|---|---|---|---|---|
| \_ | \_ | USA | | vs. Nunes | CASE NO. 00-6023-CR |
| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 1 | | 5/24/00 | ✓ | | Chart |
| | ✓ | 5/30/00 | | | Def/W-2 Andrew Miller |
| | | | | | |
| | | | | | (see attached list of defense exhibits |

**DEFENDANT'S EXHIBIT LIST**

| | | | | | |
|---|---|---|---|---|---|
| U.S. v. MARC H. NUNES | | | | | DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA |
| U.S. GOVERNMENT'S ATTORNEY - AUSA Roger Powell | | DEFENDANT'S ATTORNEY - Ms. Patricia J. Kyle, Esq. Stephen J. Golembe, Esq. Mr. J.C. ELSO, Esq. Attorney for Defendant Nunes | | | DOCKET NUMBER 00-6023-CR- DIMITOULEAS  TRIAL DATE(S) MAY 22, 2000 |
| PRESIDING JUDGE - WILLIAM P. DIMITROULEAS | | COURT REPORTER - Robert Ryckoff 954-769-5657 | | | COURTROOM DEPUTY- Karen Carlton |

| United States NO. | DEF. NO | MARKED | Dated I.D. | Date Admit | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1. | 1 | ✓ | | 5/22/00 | Composite Records of Boys & Girls High |
| 2. | 2 | ✓ | | 5/22/00 | Yearbook - St. Jago High School & Certificate from Vice Principal |
| 3. | 3 | | | | Photo of Claude Sayers a/k/a "Subby" |
| 4. | 4 | ✓ | | 5/23/00 | Composite Western Union Records of Money Transfers to Keith Murray. |
| 5. | 5 | ✓ | | 5/23/00 | Composite Western Union Transfer Forms sent to Keith Murray |
| 6. | 6 | ✓ | | 5/30/00 | Certified Birth Certificate of Karen Chevolleau |
| 7. | 7 | ✓ | | 5/30/00 | Composite Corporate Records of Chev- Sayers Rent-A-Car, Ltd. |
| 8. | 8 | ✓ | | 5/30/00 | Broward County Occupational License for Budget Auto Shop |
| 9. | 9 | ✓ | | 5/30/00 | Composite Birth Certificate of Anyssa Nalani Nunes |
| 10. | 10 | ✓ | | 5/30/00 | Western Union Money Transfer to Keith Murray from Linton Wilson |
| 11. | 11 | ✓ | | 5/23/00 | Composite Nat'l Comprehensive Report Re: Jackie Lobban |
| 12. | 12 | ✓ | | 5/30/00 | Composite Auto-Trac Corporate Search/ Report Re: Budget Auto Shop |
| 13. | 13 | | | 5/23/00 | Composite Nat'l Comprehensive Report Re: Paul Chevolleau |
| 14. | 14A | | | 5/22/00 | Composite Plea Agreement for Roy Brathwaite |
| 15. | 14B | | | 5/22/00 | Composite J&C of 10/2/98 Re: Roy Brathwaite |

| | | | | |
|---|---|---|---|---|
| | 14C+D | | 5/23/00 | ducing Sentence of 3/7/2000 Re: Roy Brathwaite |
| 17. | 15 | | 5/23/00 | Composite Plea Agreement for Quayle Richardson |
| 18. | 16 | | 5/30/00 | Composite Plea Agreement for Keith Murray |
| 19. 2PGS | 17 | | 5/30/00 | Composite Plea Agreement for Paul Howell |
| 20. 2PGS | 18 | ✓ | 5/24/00 | Composite I-94 Travel Departure Documents for Eaton Evans |
| 21. | 19 | ✓ | 5/22/00 | Photo lineup of EVANS |
| 22. | 20 | ✓ | 5/22/00 | Photo of Subby |
| 23. | 21 | ✓ | 5/30/00 | check (Dec 1997) |
| 24. | 22 | ✓ | 5/23/00 | Photo of Repairshop |
| 25. | 23 | ✓ | 5/23/00 | Murray DL |
| 26. | 24 | ✓ | 5/23/00 | "4,000 Receipt |
| 27. A - | 25 | ✓ | 5/24/00 | MAGAZINES (7) |
| 28. A - | 26 | ✓ | 5/24/00 | CORRESPONDENCE |
| 29. | 27 | ✓ | 5/24/00 | I-95 arrival/departure |
| 30. 11 | 28 | ✓ | 5/26/00 | Photo of MARK JOHNSON |
| 31. | 29 | ✓ | 5/30/00 | Newspaper - Restaurant documentation |
| 32. | 30 | | 5/30/00 | Stipulation |
| 33. | 31 abcdef ✓ | | 5/30/00 | KNOWN SAmples |
| 34. | 32 | ✓ | | REPORT |
| 35. | 33a-c ✓ | | 5/30/00 | CHARTS |
| 36 | | | | |
| 37. | | | | |
| 38 | | | | |