00-6023-CR-WPD

FILED

MAY 31 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

USA v. Marc Nunez

Jury Notes

I have a dentist appointment
on Wednesday at 11:00. Do you think
we will still be here? Should I
cancel my appointment?

Sharon Puhl