UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 00-6023-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARC H. NUNES,

        Defendant.
_____/

**VERDICT**

WE, THE JURY, FIND: the defendant MARC H. NUNES,

As to Count 1  _Guilty_  GUILTY/NOT GUILTY

As to Count 2  _Guilty_  GUILTY/NOT GUILTY

As to Count 3  _Guilty_  GUILTY/NOT GUILTY

As to Count 4  _Guilty_  GUILTY/NOT GUILTY

As to Count 5  _Guilty_  GUILTY/NOT GUILTY

as charged in the Indictment.

So say we all.

_____
FOREPERSON

_May 31, 2000_
DATE

-25-