# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA
Plaintiff(s)

Case No. 00-6023-CR-WPD

vs.

Marc Nunes
Defendant(s)

FILED _____ D.C.

MAY 31 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
   Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
   Item Nos. _____

☐ Stored by Records Section in:   ☐ Miami   ☐ Ft. Lauderdale   ☐ West Palm Beach
   Item Nos. _____

☒ Other (Explain): All Government Exhibits

☐ Attachments
   (Exhibit List, Order of Court)

SIGNATURE: Roger W. Powell
PRINT NAME: Roger W. Powell
AGENCY OF FIRM: U.S. Attorney's Office
ADDRESS: 500 E. Broward Blvd, Suite 700
TELEPHONE: 954-356-7255
DATE: 5/31/00

EXHIBITS RELEASED
BY: _____
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record