**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

USA
Plaintiff(s)

Case No. 00-6023-CR-WPD

vs.

Marc Nunes
Defendant(s)

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
  Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
  Item Nos. _____

☐ Stored by Records Section in:    ☐ Miami    ☐ Ft. Lauderdale    ☐ West Palm Beach
  Item Nos. _____

☒ Other (Explain): _All Defendant Exhibits_ _____

☐ Attachments
  (Exhibit List, Order of Court)

SIGNATURE: _Given to GNR to_
PRINT NAME: _Return to_
AGENCY OF FIRM: _Defendant_
ADDRESS: _____
TELEPHONE: _____
DATE: _____

EXHIBITS RELEASED
BY: _____
(Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record