UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARC H. NUÑES,

    Defendant.
_____/

CASE NO.: 00-6023-Cr-Dimitrouleas

## UNOPPOSED MOTION TO WEIGH DRUG EVIDENCE

**COMES NOW** the Defendant, MARC H. NUÑES, by and through counsel and respectfully requests this Honorable Court allow independent Expert Don Roach to perform and independently weigh the contraband in this cause and would allege as follows:

1. The Defendant, MARC H. NUÑES, (herein after referred to as the defendant) was arrested in the Miami International Airport in early February 2000 pursuant to a Warrant and was subsequently indicted for conspiracy to import cocaine; attempting to import cocaine and marijuana; and possession with intent to distribute cocaine and marijuana.



2. A jury was impaneled on or about May 22nd, 2000, testimony was taken, argument was made and the jury returned a verdict finding the defendant guilty of charges.

3. The sentencing in this matter is scheduled for Friday, August 11th, 2000 at 11:00 a.m.

4. During the course of the trial a stipulation was reached between Assistant United States Attorney Roger Powell and the defendant that the contraband seized was, in fact, cocaine and as evidence by the report of drug property, analyzed and seized by the Drug Enforcement Administration the cocaine weighed approximately 15.13 kilograms and the marijuana weighed 4,891 grams.

5. The base offense level for the defendant's criminal conviction will be based upon the weight of the cocaine and marijuana seized in this criminal episode.

6. The offense level is presently 34 and the weight of the complying contraband is very close to the low end of the weight necessary to place the base offense in level 34.

7. While viewing the contraband during the course of the testimony of the federal agent that seized same, it was apparent that only several kilograms of the cocaine and the marijuana were unwrapped and weighed. It can only be surmised that the weight of both was predicted based upon the sample packages that were actually taken apart and weighed.

8. Because the weight is so close the division of a level 32 and 34, it is only fair, and in the best interest of justice that the defendant has the opportunity to weight

the drug evidence. It is the function of the court to determine the correct weight of the drug evidence as it will ultimately relate to the base offense level.

9.  Because it is the function of the sentencing judge to make the determination as to the appropriate guideline which corresponds to the weight of the contraband and therefore, to be considered at sentencing it is imperative be accurately reflected.

10. Since in this instance there is approximately a 30 month spread between a level 32 and a level 34 and the weight of the contraband is so close to the weight requirement of the lower offense level and additional and independent weighing of the contraband is warranted.

11. The defendant, in accordance with the Federal Rules of Criminal Procedures is requesting that the Office of the United States Attorney make available that contraband at the Office of Special Agent in charge for United States Customs Service in Miami, Florida and/or at a time and place convenient to all parties, and allow in the presence of government chemists and law enforcement, an independent weighing of contraband to determine its exact weight.

12. The defense has employed the services of Dr. Donald Roach a Analytical Biochemist who specializes in analyzing and weighing drug evidence. Attached hereto is Dr. Roach's Curriculum VITA, including the licenses he holds, organizations, education, and work experience.

13. Counsel has contacted Assistant United States Attorney Roger Powell and he has advised he has no objection to this motion.

13. This motion is made in good faith and in the best interest of justice.

STEPHEN J. GOLEMBE, P.A. ATTORNEY AT LAW
2601 SOUTH BAYSHORE DRIVE, SUITE 1400, COCONUT GROVE, FLORIDA 33133 • TELEPHONE (305) 858-0404

**WHEREFORE**, the Defendant, MARC NUÑES, respectfully requests this Honorable Court grant this motion and enter its order directing the Office of the United States Attorney to make available to the defense expert Dr. Donald Roach the contraband at a time and place and in the presence of government agents and/or employees to carry out the orderly independent weighing of the contraband.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded to Assistant United States Attorney Roger Powell, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301 on this 2nd day of July, 2000.

Respectfully submitted,

STEPHEN J. GOLEMBE, ESQ.
Terremark Centre - Suite 1400
2601 South Bayshore Drive
Coconut Grove, Florida 33133
(305) 858-0404

STEPHEN J. GOLEMBE, ESQUIRE