

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

      Plaintiff,                 CASE NO.: 00-6023-Cr-Dimitrouleas

vs.

MARC H. NUÑES,

      Defendant.
                 /

## **O R D E R**

      THIS CAUSE having come on to be heard before me on the Defendant, MARC H. NUÑES.

Motion To Weigh Drug Evidence and after considering said motion it is hereby:

      ORDERED AND ADJUDGED that this Motion is GRANTED

      1. The contraband shall be provided at the Office of the Special Agent in Charge for United

States Custom Service in Miami and/or any place agreed and convenient for both parties, to be

analyzed and weighed by Dr. Don Roach in the presence of a government agent.

---

---

      DONE AND ORDERED, at Miami, Dade County Florida this ___ of July, 2000.

                               WILLIAM P. DIMITROULEAS,
                               UNITED STATES DISTRICT COURT JUDGE

cc:    AUSA Roger Powell
        Stephen J. Golembe, Esq.