

**FILED by /// D.C.**
**JUL 2 5 2000**
**CLARENCE MADDOX**
**CLERK U.S. DIST. CT.**
**S.D. OF FLA. FT. LAUD.**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,         CASE NO. 00-6023-Cr-Dimitrouleas

    Plaintiff,

vs.

MARC H. NUNES,

    Defendant.
_____/

### OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

**COMES NOW**, the Defendant, MARC H. NUNES, by and through his undersigned counsel, respectfully requests this Honorable Court enter its order requiring the United States Probation Office to change, omit, or correct the incorrect factual matters, in the defendant's Pre-Sentence Investigation Report, make findings of fact and adjust the applicable application of the <u>Federal Sentencing Guideline Act of 1987</u> and its amendments to include <u>November 1, 1994</u> and adjust the defendant's offense level which is improperly or erroneously computed, and would allege as follows:



## STATEMENT OF THE CASE

1. The Defendant, MARC NUNES (herein after referred to as the defendant), was arrested on January 30th, 2000 and charged with conspiracy to import cocaine, attempting to import cocaine and marijuana; and possession with intent to distribute cocaine and marijuana.

2. A jury was impaneled on or about May 22nd, 2000, testimony was taken, argument was made and the jury returned a verdict finding the defendant guilty of charges.

3. The defendant received the Pre-Sentence Investigation Report on July 10th, 2000 and objections are due by July 21, 2000.

4. The sentencing in this matter is scheduled for Friday, August 11th, 2000 at 11:00 a.m.

## OBJECTION / OFFENSE LEVEL

5. Paragraph 28 of the Pre-Sentence Investigation Report designates 34 as the Offense Level as it relates to the quantity of the contraband that was seized. The defendant has filed an agreed motion requesting this court allowing Defense Expert Don Roach to weigh the contraband. The motion alleges that the manner and method in which the weight of the contraband seized was obtained may have been an estimate and overstated the true weight of the contraband.

6. Inasmuch as the weight of the contraband, as determined by the government, is slightly over that quantity which makes the Offense Level 34 and it is so close; a re-weigh and more careful analysis may show that it is slightly under the amount which requires a level 34 and may be a level 32.

7. The defendant objects to Offense Level 34 and is of the opinion that the more appropriate Offense Level would be 32 as the result of the lesser weight of the contraband seized. As soon as the contraband is weighed, which should be no less than 10 days prior to the day of the sentencing, a more formal objection will be submitted if in fact the weight is less than what would be required to assign an Offense Level 34.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded to Assistant United States Attorney Roger Powell, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, Florida 33394 and United States Probation Officer Dennis Woolfolk, 300 Northeast 1st Avenue, Room 315, Miami, Florida 33132 on this 21st day of July, 2000.

Respectfully submitted,

STEPHEN J. GOLEMBE, ESQUIRE
Terremark Centre - Suite 1400
2601 South Bayshore Drive
Coconut Grove, Florida 33133
(305) 858-0404

STEPHEN J. GOLEMBE, ESQUIRE