UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                  CASE NO.: 00-6023-Cr-Dimitrouleas

vs.

MARC H. NUÑES,

    Defendant.
_____/



## MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, MARC H. NUÑES, by and through counsel and respectfully requests this Honorable Court continue the sentencing in this matter and would allege as follows:

1. The Defendant, MARC H. NUÑES, (herein after referred to as the defendant) was arrested in the Miami International Airport in early February 2000 pursuant to a Warrant and was subsequently indicted for conspiracy to import cocaine; attempting to import cocaine and marijuana; and possession with intent to distribute cocaine and marijuana.

2. A jury was impaneled on or about May 22nd, 2000, testimony was taken, argument was made and the jury returned a verdict finding the defendant guilty of charges.

3. The sentencing in this matter is scheduled for August 11th, 2000.

4. The defendant filed Objections to the Pre-Sentence Investigation Report on July 25th, 2000 and the government's response was received on Friday, July 28th, 2000.

5. There are several factual issues in the government's objections concerning the role in the offense. In order for the defendant to respond to these issues it is necessary to consult with the trial team, review transcripts, DEA 6(s), and Pre-Sentence Investigation Reports.

6. Counsel Patricia Jean Kyle has received the objections and due to her busy schedule needs additional time to confer with counsel and research the caselaw to prepare her response.

7. Counsel Juan C. Elso is out of town this week and will be returning until Friday, August 4th, 2000.

8. The defendant needs at least an additional seven days to file the objections or until August 9th, 2000.

9. The defendant respectfully requests the additional time to file objections and request that the sentencing be continued for at least two weeks to in order for everyone to complete the objections and prepare for sentencing.

10. Counsel attempted to contact Assistant United States Attorney Roger Powell but was advised Mr. Powell is on vacation until August 7th, 2000.

11. This motion is made in good faith and not for any purpose of delay.

**WHEREFORE**, the Defendant, MARC NUÑES, respectfully requests this Honorable Court continue the sentencing in this matter for at least one week.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded to Assistant United States Attorney Roger Powell, 299 East Broward Boulevard, Fort Lauderdale, Florida and United States Probation Officer Dennis Woolfolk, 300 Northeast 1st Avenue, Room 315, Miami, Florida 33132 on this 2nd day of August, 2000.

Respectfully submitted,

STEPHEN J. GOLEMBE, ESQUIRE
Terremark Centre - Suite 1400
2601 South Bayshore Drive
Coconut Grove, Florida 33133
(305) 858-0404

STEPHEN J. GOLEMBE, ESQUIRE