

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO.: 00-6023-Cr-Dimitrouleas

vs.

MARC H. NUÑES,

    Defendant.
_____/

## ORDER

THIS CAUSE having come on to be heard before me on the Defendant, MARC H. NUÑES,

Motion To Continue Sentencing and after considering said motion it is hereby:

ORDERED AND ADJUDGED that this Motion is GRANTED and the sentencing hearing in this matter is re-scheduled for _August 24, 2000 at 9:30 A.M._

DONE AND ORDERED, at Miami, Dade County Florida this 2 of August, 2000

WILLIAM P. DIMITROULEAS,
UNITED STATES DISTRICT COURT JUDGE

cc:   AUSA Roger Powell
      Stephen J. Golembe, Esq.

