UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                           CASE NO.: 00-6023-Cr-Dimitrouleas

vs.

MARC H. NUÑES,

    Defendant.
_____/

## EMERGENCY MOTION TO WEIGH CONTRABAND AND AMENDED MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, MARC H. NUÑES, by and through counsel and respectfully requests this Honorable Court continue the sentencing in this matter and would allege as follows:

1. The Defendant, MARC H. NUÑES, (herein after referred to as the defendant) was arrested in the Miami International Airport in early February 2000 pursuant to a Warrant and was subsequently indicted for conspiracy to import cocaine; attempting to import cocaine and marijuana; and possession with intent to distribute cocaine and marijuana.

2. A jury was impaneled on or about May 22nd, 2000, testimony was taken, argument was made and the jury returned a verdict finding the defendant guilty of charges.

3. The sentencing in this matter is scheduled for August 11th, 2000.

4. The defendant filed Objections to the Pre-Sentence Investigation Report on July 25th, 2000 and the government's response was received on Friday, July 28th, 2000.

5. Pursuant to an agreed motion with the Office of the United States Attorney to weigh the contraband a weighing was scheduled for Tuesday, August 2nd, 2000 at 1:30 p.m.

6. One of the defense allegations was that the totality of the contraband was not unwrapped and weighed in its raw natural state; only several of the sixteen packages were unwrapped and an estimate was made of the weight of the contraband.

7. Inasmuch as the weight of the contraband appears to be in an area where it could be a two level difference in the sentencing guideline, the specific weight now becomes critical.

8. At the weighing Forensic Chemist Donald Roach attempted to unwrap all of the contraband in order to get an exact weight of the cocaine and marijuana. S/A Steve Houk indicated he would not allow Dr. Roach to weigh the contraband in that manner.

9. Subsequent to a telephone call to undersigned counsel Dr. Roach was advised to do the best he could under the circumstances and this motion would follow.

10. The applicable rules of Criminal Procedures and the applicable case laws specifically encourage the defendant to analyze and weigh the contraband independently.

11. The Defendant, MARC NUÑES, is requesting an order of this court allowing Dr. Roach to unwrap all packages of contraband, weigh the cocaine and marijuana.

12. The defense has no objection to this being conducted in a time and place which is appropriate of the government's evidence.

13. Upon review and discussion with the Defendant, MARC NUÑES, concerning the second objection to the Government's Response to the Pre-Sentence Investigation Report alleging the defendant obstructed justice it will be necessary to subpoena witnesses to the sentencing hearing. One of the three witnesses is presently in a federal prison in another jurisdiction. One is in FCI, Miami and it will be necessary to subpoena and make arrangements with the United States Marshal.

14. The Defendant, MARC NUÑES, respectfully requests this sentencing be continued for at least three weeks in order for the contraband to be weighed and the additional witnesses can be subpoenaed to the sentencing hearing.

**WHEREFORE**, the Defendant, MARC NUÑES, respectfully requests this Honorable Court continue the sentencing in this matter for at least three weeks.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded to Assistant United States Attorney Roger Powell, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, Florida and United States Probation


Officer Dennis Woolfolk, 300 Northeast 1st Avenue, Room 315, Miami, Florida 33132 on this ___ day of August, 2000.

        Respectfully submitted,

        STEPHEN J. GOLEMBE, ESQUIRE
        Terremark Centre - Suite 1400
        2601 South Bayshore Drive
        Coconut Grove, Florida 33133
        (305) 858-0404

        _____
        STEPHEN   J.   GOLEMBE,   ESQUIRE