

FILED by ___ D.C.
AUG 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,                CASE NO.: 00-6023-Cr-Dimitrouleas

vs.

MARC H. NUÑES,

        Defendant.

_____/

## ORDER

THIS CAUSE having come on to be heard before me on the Defendant, MARC H. NUÑES,

Amended Motion To Continue Sentencing and after considering said motion it is hereby:

ORDERED AND ADJUDGED that this Motion is GRANTED and the sentencing hearing

in this matter is re-scheduled for _September 1, 2000 at 9:15 AM_

DONE AND ORDERED, at Fort Lauderdale, Florida this _4_ of August, 2000.

WILLIAM P. DIMITROULEAS,
UNITED STATES DISTRICT COURT JUDGE

cc:  AUSA Roger Powell
     Stephen J. Golembe, Esq.

USP.O.

