UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6023-CR-DIMITROULEAS

    Plaintiff,

vs.

MARC H. NUNES,

    Defendant.

_____/

FILED by _____ D.C.

AUG 8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come on to be heard before me on the Defendant, MARC H. NUNES, Emergency to Weigh Contraband and after considering said motion, it is hereby:

ORDERED AND ADJUDGED that the Court will defer ruling for five (5) days to await a response from the Government.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Roger Powell, AUSA

Stephen J. Golembe, Esquire
2601 South Bayshore Drive, Suite 1400
Coconut Grove, FL 33133

