**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **THE UNITED STATES OF AMERICA,** ) | |
| ) | CASE NUMBER |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | 00-6023-CR-WPD |
| ) | |
| **MARC H. NUNES,** ) | THIS VOLUME: |
| ) | PAGES 1 TO 88 |
| DEFENDANT. ) | |
| _____ ) | |

EXCERPT OF JURY TRIAL HAD BEFORE THE HONORABLE

WILLIAM P. DIMITROULEAS, IN FORT LAUDERDALE, BROWARD COUNTY,

FLORIDA, ON MONDAY, MAY 22, 2000, IN THE ABOVE-STYLED

MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    ROGER POWELL, A.U.S.A.

FOR THE DEFENDANT:     J. C. ELSO,
                       STEPHEN GOLEMBE, AND
                       PATRICIA KYLE, ESQS.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**