```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT LAUDERDALE DIVISION


UNITED STATES OF AMERICA,      )   CASE NO.  00-6023-CR-WPD
                               )
              Plaintiff,       )
                               )
         -v-                   )
                               )
MARC H. NUNES,                 )
                               )   Fort Lauderdale, Florida
              Defendant.       )   May 23, 2000
_____)   9:15 a.m.

                             EXCERPT

                  TRANSCRIPT OF TRIAL TESTIMONY

            BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                        U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff        ROGER W. POWELL, ESQ.
                         Assistant U.S. Attorney
                         500 East Broward Boulevard
                         Suite 700
                         Fort Lauderdale, Florida   33394


For the Defendant        STEPHEN J. GOLEMBE ESQ.
                         2601 South Bayshore Drive
                         Terremark Centre - Suite 1400
                         Coconut Grove, Florida   33133
                                  -and-
                         PATRICIA JEAN KYLE, ESQ.
                         216 South Grand Avenue
                         Bozeman, Montana   59715
                                  -and-
                         J.C. ELSO, ESQ.
                         3780 West Flagler Street
                         Miami, Florida   33134
```

THIS VOLUME:
Pages 1 - 173

```
Reporter                ROBERT A. RYCKOFF
                        Official Court Reporter
                        299 East Broward Boulevard
                        Fort Lauderdale, Florida  33301
                        954-769-5657
```

**TRANSCRIPT**

**NOT**

**SCANNED**

**PLEASE REFER TO COURT FILE**