

FILED by _____ D.C.

AUG 2 1 2000

CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

        Plaintiff,                CASE NO.: 00-6023-Cr-Dimitrouleas

vs.

MARC H. NUÑES,

        Defendant.
_____/

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:    United States Marshal
        Fort Lauderdale, Florida

        You are hereby commanded to take custody of and deliver to this Court for the purpose of propounding testimony herein the person and body of:

**Napolian Raglund, Register No. 55153-004**
**FCI Edgefield**
**501 Gary Hill Road, P.O. Box 723**
**Edgefield, South Carolina 29824**

who is presently incarcerated at the above address. The witness shall be detained in the custody of the Marshal pending appearance in the sentencing of the within cause, after which he shall be returned to custody at FCI Edgefield.

        The U.S. Marshal shall execute this Writ forthwith so that the witness shall be available on August 25th, 2000, prior to the Sentencing Hearing in this cause scheduled for September 1st, 2000.



DONE AND ORDERED at Fort Lauderdale, Florida, this ___ day of _____, 2000.

WILLIAM P. DIMITROULEAS
U.S. District Court Judge

cc:    U.S. Marshal
       Roger Powell, AUSA
       Stephen J. Golembe, Esquire