UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                CASE NO. 00-6023-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

MARC H. NUNES,

　　　　Defendant.
_____/

FILED by _____ D.C.

AUG 2 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### O R D E R

THIS CAUSE having come on to be heard before me on the Defendant, MARC H. NUNES, Emergency to Weigh Contraband [DE-104] and after requesting a response from the Government and no opposition having been filed, said motion is GRANTED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 21 day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Roger Powell, AUSA

Stephen J. Golembe, Esquire
2601 South Bayshore Drive, Suite 1400
Coconut Grove, FL 33133

