

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                                        CASE NO.: 00-6023-Cr-Dimitrouleas

vs.

MARC H. NUÑES,

    Defendant.
_____/

### MOTION FOR ORDER TO DIRECT
### THE U.S. MARSHAL TO TRANSPORT PRISONERS

**COMES NOW** the Defendant, MARC NUNES, by and through undersigned counsel and respectfully requests this Honorable Court enter its Order directing the U.S. Marshal to transport prisoners and would allege as follows:

1. The Defendant, MARC H. NUÑES, (herein after referred to as the defendant) was arrested in the Miami International Airport in early February 2000 pursuant to a Warrant and was subsequently indicted for conspiracy to import cocaine; attempting to import cocaine and marijuana; and possession with intent to distribute cocaine and marijuana.



STEPHEN J. GOLEMBE, P.A. ATTORNEY AT LAW
2601 SOUTH BAYSHORE DRIVE, SUITE 1400, COCONUT GROVE, FLORIDA 33133 • TELEPHONE (305) 858-0404

2. A jury was impaneled on or about May 22nd, 2000, testimony was taken, argument was made and the jury returned a verdict finding the defendant guilty of charges.

3. The sentencing in this matter is scheduled for September 1st, 2000.

4. Writs of Habeas Corpus Ad Testificandum were issued on the following three prisoners:

Napolian Raglund, Register No. 55153-004 - FCI Edgefield

Andrew Brown, Register No. 27872-004 - FCI, Coleman

Zimmerman Beharry, Register No. 31439-004 - USP Leavenworth

5. These three Writs indicated the prisoners were to be brought to Miami to be witnesses at the sentencing of this cause.

6. On Monday, August 21st, 2000 undersigned counsel was contacted by the U.S. Marshal Service and was advised that the Defendant must pay $5,000.00 per prisoner to transport the prisoners.

7. The Defendant, MARC NUNES, has advised counsel he does not have $15,000.00 to transport these three prisoners.

8. Assistant United States Attorney Roger Powell will be presenting several witnesses concerning certain sentencing objections and issues.

9. The witnesses the Defendant, MARC NUNES, has requested are necessary to object to the government's allegation.

**WHEREFORE**, the Defendant, MARC NUNES, respectfully requests this Honorable Court grant this motion and enter its order requesting the U.S. Marshal to

transport the aforementioned prisoners to Miami or Fort Lauderdale on August 25th, 2000 and bear the cost.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to AUSA Roger Powell, Office of the United States Attorney, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, Florida 33301 this 25th day of August, 2000.

Respectfully submitted,

STEPHEN J. GOLEMBE, ESQUIRE
2601 South Bayshore Drive, Suite 1400
Miami, Florida 33131
(305) 858-0404

STEPHEN J. GOLEMBE, ESQUIRE