UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6023-CR-DIMITROULEAS

        Plaintiff,

vs.

MARC H. NUÑES,

        Defendant.
_____/

FILED by _____ D.C.

AUG 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER

THIS CAUSE has been heard upon Defendant's Motion for Order to Direct the U.S. Marshal to Transport Prisoners [DE-121] and after considering said motion, it is hereby

ORDERED AND ADJUDGED that this Motion is **DENIED WITHOUT PREJUDICE** to the Defendant's establishing that he is unable to secure the witnesses' testimony without the Marshal's bearing the expense of transportation.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _25_ day of August, 2000.

                                             WILLIAM P. DIMITROULEAS
                                             United States District Judge

cc:
Roger Powell, AUSA
Stephen J. Golembe, Esq.
    2601 South Bayshore Drive
    Suite 1400
    Coconut Grove, Fl 33133
U.S. Marshal Service

