UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                    CASE NO.: 00-6023-Cr-Dimitrouleas

vs.

MARC H. NUÑES,

    Defendant.
_____/

### EMERGENCY
### MOTION TO CONTINUE SENTENCING

**COMES NOW** the Defendant, MARC NUNES, by and through undersigned counsel and respectfully requests this Honorable Court continue the sentencing in this matter for at least three weeks and would allege as follows:

1. The Defendant, MARC H. NUÑES, (herein after referred to as the defendant) was arrested in the Miami International Airport in early February 2000 pursuant to a Warrant and was subsequently indicted for conspiracy to import cocaine; attempting to import cocaine and marijuana; and possession with intent to distribute cocaine and marijuana.

2. A jury was impaneled on or about May 22nd, 2000, testimony was taken, argument was made and the jury returned a verdict finding the defendant guilty of charges.

3. The sentencing in this matter is scheduled for September 1st, 2000.

4. Writs of Habeas Corpus Ad Testificandum were issued on the following three prisoners:

Napolian Raglund, Register No. 55153-004 - FCI Edgefield

Andrew Brown, Register No. 27872-004 - FCI, Coleman

Zimmerman Beharry, Register No. 31439-004 - USP Leavenworth

5. These three Writs indicated the prisoners were to be brought to Miami to be witnesses at the sentencing of this cause.

6. On Monday, August 21st, 2000 undersigned counsel was contacted by the U.S. Marshal Service and was advised that the Defendant must pay $5,000.00 per prisoner to transport the prisoners.

7. On August 25th, 2000 the Defendant, MARC NUNES, by and through undersigned counsel filed a Motion To Order The U.S. Marshal To Transport Prisoners in that the Defendant did not have $15,000.00 to transport the three prisoners. Said motion was denied.

8. The witnesses requested by the Defendant, MARC NUNES, are essential to rebut and discredit the government's witneses concerning there objectiong to the Pre-Sentence Investigation Report.

9. The Defendant, MARC NUNES, and his family have advised counsel they are trying their best to gather the $15,000.00 to transport the witnesses but will need at least two weeks.

10. This request to continue this sentencing for three weeks in order to secure these witnesses is made in good faith and not for any purpose of delay.

**WHEREFORE**, the Defendant, MARC NUNES, respectfully requests this Honorable Court grant this motion and continue the sentencing in this matter for at least three weeks.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to AUSA Roger Powell, Office of the United States Attorney, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, Florida 33301, and United States Probation Officer Dennis Woolfolk, 300 Northeast 1st Avenue, Room 315, Miami, Florida 33132 this 31st day of August, 2000.

Respectfully submitted,

STEPHEN J. GOLEMBE, ESQUIRE
2601 South Bayshore Drive, Suite 1400
Miami, Florida 33131
(305) 858-0404

STEPHEN J. GOLEMBE, ESQUIRE