**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,    CASE NO. 00-6023-Cr-Dimitrouleas

    Plaintiff,

vs.

MARC H. NUNES,

    Defendant.
_____/

**EMERGENCY**
**SUPPLEMENT TO RESPONSE AND REPLY TO**
**PRE-SENTENCE INVESTIGATION REPORT**

**COMES NOW** the Defendant, MARC H. NUNES, by and through undersigned counsel and files this supplement to response and reply to the Pre-Sentence Investigation Report and would allege as follows:

1. Pursuant to *Jones v. United States* 119 S. Ct. P. 1215 (1999) and *Apprendi vs. New Jersey* 120 S. Ct. P. 2348 (2000), Nunes has a constitutional right to have a jury determine, on the basis of proof beyond a reasonable doubt the weight (sentencing enhancement factor) of the controlled substance for which he was allegedly culpable. At best, this court can sentence Nunes within the minimal guideline range.



2. As well, if the required finding of what role Nunes played in the commission of the offense will increase the prescribed range of penalties to which Nunes will be exposed, Nunes has a constitutional right to have that finding made by a jury and on the basis of proof beyond a reasonable doubt. *Apprendi*, supra. Therefore, Nunes can not be enhanced by this court without said finding by jury.

3. Further agreement will be presented at the time of hearing.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was forwarded to Assistant United States Attorney Roger Powell, 500 East Broward Boulevard, Fort Lauderdale, Florida 33301 and United States Probation Officer Dennis Woolfolk, 300 Northeast 1st Avenue, Room 315, Miami, Florida 33132 on this 31st day of August, 2000.

        Respectfully submitted,

        STEPHEN J. GOLEMBE, ESQUIRE
        Terremark Centre - Suite 1400
        2601 South Bayshore Drive
        Coconut Grove, Florida 33133
        (305) 858-0404

        STEPHEN J. GOLEMBE, ESQUIRE