UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6023-CR-DIMITROULEAS

    Plaintiff,

vs.

MARC H. NUNES,

    Defendant.

_____/

FILED by ____ D.C.
AUG 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having come on to be heard before me on the Defendant, MARCH H. NUNES, August 31, 2000 Emergency Motion To Continue Sentencing and after considering said motion it is hereby:

ORDERED AND ADJUDGED that this motion is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 31 day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

AUSA Roger Powell
U.S. Probation Department
Stephen J. Golembe, Esquire

