**CRIMINAL MINUTES**

FILED by ___ D.C.

SEP 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6623-CR-WPD    DATE: September 1, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Marc Nunes

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: JC Elso Patricia Kyle
Stephen Grumbe

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Deft presents testimony

Sentencing Continued

Deft's Motion for new trial. Counsel argue motion
Evidence & testimony presented. Court defers ruling

CASE CONTINUED TO: 9/6/00    TIME: 9:15    FOR: Sentencing

MISC: pending viewing videotape.

