UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                      CASE NO.: 00-6023-Cr-Dimitrouleas

vs.

MARC H. NUÑES,

    Defendant.
_____/

### EMERGENCY
### MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

COMES NOW the Defendant, MARC NUÑES, by and through his undersigned attorney, and hereby moves that a Writ of Habeas Corpus Ad Testificandum be issued against James A. Tassone, the United States Marshall for the Southern District of Florida, to produce **Oliver Morrison, Register Number 25442-053, confined at FDC, Miami** at the Sentencing Hearing scheduled for September 6th, 2000 before this Court in the Southern District of Florida. In support, the Defendant shows the following:



1. The Defendant, MARC NUÑES, has informed counsel that several inmates were approached and solicited by certain cooperating co-conspirators in this case to falsify their testimony at trial.

2. Counsel has filed Writs of Habeas Corpus Ad Testificandum to enable some of these inmates to testify at trial.

3. A Writ Of Habeas Corpus Ad Testificandum was issued on Mr. Morrison for the sentencing hearing that was held on September 1st, 2000. At said hearing counsel excused Mr. Morrison testimony.

4. On Monday, September 4th, 2000 counsel interviewed Oliver Morrison and learned that Oliver Morrison has additional information and evidence and therefore his testimony has now become imperative.

### MEMORANDUM OF LAW

A United States District Court is expressly granted the power to issue a Writ of Habeas Corpus Ad Testificandum. 28.U.S.C. Section 2241(c)(5). The decision to issue a Writ lies within the discretion of the District Court. Ballard v. Spradley, 557 F. 2nd 476, 480 (5th Cir. 1977). The exercise of such discretion should not be based on probability that the requesting party will prevail on the merits of the controversy but rather upon the need for the testimony of the prisoner. See Ballard, id. at 480-481. Further, where a credibility choice is to be made, the requesting party is entitled to the benefit of live testimony from the prisoner. Id.

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to AUSA Roger Powell, Office of the United States Attorney, 500 East

Broward Boulevard, Seventh Floor, Fort Lauderdale, Florida 33301 this 5th day of September, 2000.

                         Respectfully submitted,

                         STEPHEN J. GOLEMBE, ESQUIRE
                         2601 South Bayshore Drive, Suite 1400
                         Miami, Florida 33131
                         (305) 858-0404

                         STEPHEN J. GOLEMBE, ESQUIRE