

FILED by D.C.
SEP 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                    CASE NO.: 00-6023-Cr-Dimitrouleas

vs.

MARC H. NUÑES,

    Defendant.
_____/

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

To:    United States Marshal
       Fort Lauderdale, Florida

You are hereby commanded to take custody of and deliver to this Court for the purpose of propounding testimony herein the person and body of:

**Oliver Morrison, Register No. 25442-053**
**FDC, Miami**
**33 Northeast 4th Street**
**Miami, Florida 33128**

who is presently incarcerated at the above address. The witness shall be detained in the custody of the Marshal pending appearance in the sentencing of the within cause, after which he shall be returned to custody at FDC, Miami.

The U.S. Marshal shall execute this Writ forthwith so that the witness shall be available on prior to the Sentencing Hearing in this cause scheduled for September 6th, 2000.



DONE AND ORDERED at Fort Lauderdale, Florida, this _____ day of _____ 2000.

WILLIAM P. DIMITROULEAS
U.S. District Court Judge

cc: U.S. Marshal
Roger Powell, AUSA
Stephen J. Golembe, Esquire