**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 7 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6023-CR-WPD    DATE: September 6, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Marc Munes

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: Stephen Golembe
                                              JC Elso

REASON FOR HEARING: Deft's motion for new trial

RESULT OF HEARING: Deft presents testimony.

W-1 Michael Buddey

Hearing to be Reset.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _____

