# United States District Court

DISTRICT OF Florida — Southern

**EXHIBIT AND WITNESS LIST**

USA v. Max Nunes

CASE NUMBER 00-6023-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Roger Powell | JC Elso, Stephen Golembe |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/6/00 - m/new trial | Bob Rycroft | Mia Carotin |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 9/6/00 |  |  | W-1 Michael Buffery |

FILED by ___ D.C.

SEP 7 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages



```
CASE:     0:00-cr-06023
DOCUMENT: 142
DATE:     09/07/00

CLERK:    ss
```

**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6023-CR-WPD    DATE: September 6, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Trish Smith    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Mare Nunes

U.S. ATTORNEY: Roger Powell    DEFT. COUNSEL: JC Elso & Stephen Golembe

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Continued from 9/1/00. Gvt testimony continued. Powell argues Gvt's request for obstruction of justice. Obj is overruled. Sentence imposed:
235 months BOP on Counts 1, 2, 4. Concurrent
60 months BOP on Counts 3 & 5. Concurrent
5 years Sup Release on Counts 1, 2, 4 Concurrent
3 years Sup Release on Counts 3 & 5 Concurrent

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: $2,000 Fine  $500 Assessment
Court defers ruling on motion for new trial until 9/15/00.
Deft informed of Right to Appeal.
Court stays the imposition of J&C until 9/15/00