**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED by _____ D.C.
SEP 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: OU-6023-CR-WPD   DATE: September 6, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: Frank Smith   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Mari Nunes

U.S. ATTORNEY: Roger Powell   DEFT. COUNSEL: JC Elso & Stephen Golembe

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Continued from 9/1/00. Gvt Testimony Continued. Powell argues Gvt's request for obstruction of justice. Obj is overruled. Sentence Imposed:
236 months BOP on Counts 1, 2, 4. Concurrent
60 months BOP on Counts 3 & 5 Concurrent
5 years Sup Release on Counts 1, 2, 4 Concurrent
3 years Sup Release on Counts 3 & 5 Concurrent

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: $2,000 Fine  $500.00 Assessment
Court defers ruling on motion for new trial
until 9/15/00.
Deft informed of Right to Appeal.
Court stays the imposition of J&C until 9/15/00