# United States District Court

**DISTRICT OF** Florida (Southern)

FILED SEP 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. AT LAUD.

USA v. Marc Nunex

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6023-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Roger Powell, AUSA | I Elso Stephen Coleman |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 9/1/00 - Sentencing, 9/6 | Bob Ryckoff | Cheri Allen |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/1/00 | ✓ | ✓ | Videotape |
| 2 | | | ✓ | ✓ | letter from Embassy - affidavit |
| 3 | | | ✓ | ✓ | Report (Laboratory) |
| | | | | | W-1 Isaac Rodriguez, Investigator |
| | | | | | W-2 Omar Clayton |
| | | | | | W-3 Anthony Snyder (Smyka) |
| | | | | | W-4 Jefferson Gordon |
| | | | | | W-5 Averie Murray |
| | | | | | W-6 Quail Richardson |
| | | | | | W-7 Keith Murray |
| | | | | | W-8 Roy Brathwaite |
| 7 | | | ✓ | ✓ | Debriefing of Brathwaite |
| 8 | | | ✓ | ✓ | " 5/18/98 |
| 9 | | | ✓ | ✓ | |
| | | | | | W-9 Robert Shea, agent |
| | 4 | | ✓ | | police Report |
| | 5 | | ✓ | | Report of alleged Car-jacking |
| | 6 | | ✓ | ✓ | papers containing telephone number |
| | 10 | | ✓ | | Report |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ____ Pages