UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                             CASE NO.: 00-6023-Cr-Dimitrouleas

vs.

MARC H. NUÑES,

    Defendant.
_____/

## MOTION TO SET HEARING ON DEFENDANT'S MOTION FOR NEW TRIAL ALLOWING THE U.S. MARSHAL SERVICE SUFFICIENT TIME TO TRANSPORT WITNESS

**COMES NOW** the Defendant, MARC NUNES, by and through undersigned counsel and respectfully requests this Honorable Court consider this motion and would allege as follows:

1. The Defendant, MARC H. NUÑES, (herein after referred to as the defendant) was arrested in the Miami International Airport in early February 2000 pursuant to a Warrant and was subsequently indicted for conspiracy to import

STEPHEN J. GOLEMBE, P.A. ATTORNEY AT LAW
2601 SOUTH BAYSHORE DRIVE, SUITE 1400, COCONUT GROVE, FLORIDA 33133 • TELEPHONE (305) 858-0404

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.B

cocaine; attempting to import cocaine and marijuana; and possession with intent to distribute cocaine and marijuana.

2. A jury was impaneled on or about May 22nd, 2000, testimony was taken, argument was made and the jury returned a verdict finding the defendant guilty of charges.

3. The sentencing in this matter was held on September 7th, 2000.

4. A Motion For New Trial was filed on or about August 30th, 2000.

5. Counsel would like to advise this Honorable Court that Oliver Morrison, Register No. 25442-053, a witness that will testify at the hearing of said cause is in the custody of the Bureau of Prisons. The United States Marshal has advised they will need at least three weeks from the date of the receipt of a Writ of Habeas Corpus Ad Testificandum to transport the witness on time.

6. Counsel will submit the Writ of Habeas Corpus Ad Testificandum necessary upon the notice from this Honorable Court setting the Motion For New Trial for hearing.

7. This witness is requested by the Defendant, MARC NUNES, and is essential to rebut and discredit the government's witnesses.

**WHEREFORE**, the Defendant, MARC NUNES, respectfully requests this Honorable Court consider this motion and set the Hearing on the Defendant's Motion For New Trial allowing the United States Marshal Service sufficient time to transport the defense witness.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to AUSA Roger Powell, Office of the United States Attorney, 500 East Broward Boulevard, Seventh Floor, Fort Lauderdale, Florida 33301, this $13^{rd}$ day of September, 2000.

        Respectfully submitted,

        STEPHEN J. GOLEMBE, ESQUIRE
        2601 South Bayshore Drive, Suite 1400
        Miami, Florida 33131
        (305) 858-0404

        STEPHEN J. GOLEMBE, ESQUIRE