

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,   CASE NO.: 00-6023-Cr-Dimitrouleas

vs.

MARC H. NUÑES,

    Defendant.
_____/

## O R D E R

THIS CAUSE having come on to be heard before me on the Defendant, MARC H. NUÑES,

Motion To Set Hearing On Defendant's Motion For New Trial Allowing The U.S. Marshal Service

Sufficient Time to Transport Witness and after considering said motion it is hereby:

ORDERED AND ADJUDGED that this Honorable Court shall consider said motion and the

Hearing on the Defendant's Motion For New Trial will be set ~~with sufficient notice allowing the~~ on October 13, 2000 at 1:00 PM.
~~U.S. Marshal Service at least three weeks to transport the defense witness (upon execution of a Writ~~

Of ~~Habeas Corpus Ad Testificandum~~.

DONE AND ORDERED, at ~~Miami, Dade~~ Ft. Lauderdale, Broward County Florida this 18 of September, 2000.

_____
WILLIAM P. DIMITROULEAS,
UNITED STATES DISTRICT COURT JUDGE

cc:  AUSA Roger Powell
     Stephen J. Golembe, Esq.
     U.S. Marshal Service