UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 00-6023-CR-DIMITROULEAS |
| Plaintiff, | : | |
| vs. | : | |
| MARC H. NUNES, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE AS CO-COUNSEL
## FOR DISTRICT COURT PROCEEDINGS

The Law Firm of Robbins, Tunkey, Ross, Amsel, Raben, Waxman & Eiglarsh, P.A., 2250 Southwest Third Avenue, 4th Floor, Miami, Florida 33129, hereby files this **Notice of Appearance as Co-Counsel - for all proceedings in the District Court** in the above-captioned cause. The law firm has been retained as co-counsel to Stephen Golembe, Esquire, Patricia Kyle, Esquire, and Juan C. Elso, Esquire.

IT IS HEREBY requested that the Clerk of the Court hereafter forward to the undersigned copies of all pleadings filed in the above-captioned matter by the United States Attorney's Office, and further

IT IS HEREBY requested that the Clerk of this Court promptly notify the undersigned of the time, date and place of all hearings to ensure prompt appearance of the Defendant and counsel before this Court.



ROBBINS, TUNKEY, ROSS, AMSEL, RABEN & WAXMAN, P.A., ATTORNEYS AT LAW
LAWYERS PLAZA, FOURTH FLOOR, 2250 SOUTHWEST THIRD AVENUE, MIAMI, FLORIDA 33129-2095
DADE CO. (305) 858-9550 • BROWARD CO. (954) 522-6244 • WATS (800) 226-9550 • FACSIMILE (305) 858-7491

Respectfully submitted,

**ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.**
Attorneys at Law
2250 Southwest Third Avenue
Miami, Florida 33129
Telephone: (305) 858-9550

By: _____
WILLIAM R. TUNKEY
Florida Bar No. 125153

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this 18 day of September, 2000 to: Roger Powell, Esquire, Office of the United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301; Stephen Golembe, Esquire, 2601 South Bayshore Drive, Suite 1400, Miami, Florida 33131; Patricia Kyle, Esquire, 216 South Grand Avenue, Bozeman, Montana 59715; and Juan C. Elso, Esquire, 3780 West Flagler Street, Coral Gables, Florida 33134.

ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.

BY: _____
WILLIAM R. TUNKEY

-2-