```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                       FORT LAUDERDALE DIVISION


UNITED STATES OF AMERICA,      )   CASE NO. 00-6023-CR-WPD
                               )
             Plaintiff,        )
                               )
        -v-                    )
                               )
MARC H. NUNES,                 )
                               )   Fort Lauderdale, Florida
             Defendant.        )   September 1, 2000
_____)   3:42 p.m.

                       TRANSCRIPT OF SENTENCE

         BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                         U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff         ROGER W. POWELL, ESQ.
                          Assistant U.S. Attorney
                          500 East Broward Boulevard
                          Suite 700
                          Fort Lauderdale, Florida  33394


For the Defendant         STEPHEN J. GOLEMBE, ESQ.
                          2601 South Bayshore Drive
                          Terremark Centre - Suite 1400
                          Coconut Grove, Florida  33133
                                    -and-
                          J.C. ELSO, ESQ.
                          3780 West Flagler Street
                          Miami, Florida  33134


Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida  33301
                          954-769-5657
```



# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**