UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA, | : | CASE NO. 00-6023-CR-DIMITROULEAS |
| --- | --- | --- |
| Plaintiff, | : | FILED by ___ D.C. |
| vs. | : | SEP 26 2000 |
| MARC H. NUNES, | : | CLARENCE MADDOX<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. FT. LAUD. |
| Defendant. | : | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: United States Marshal Service

This cause having come before this Court upon the Defendant's Petition for Writ of Habeas Corpus Ad Testificandum and the Court having been fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the petition is granted. The U.S. Marshal Service is directed to produce Paul Howell, Federal Register #55175-004, who is presently incarcerated at F.C.I. - Miami, Florida, before this Court on the 13th day of October, 2000, at 1:00 p.m.

IT IS FURTHER considered, ordered and adjudged that the expense of transporting the witness to and from this district shall be borne by the Defendant.

DONE AND ORDERED this 26 day of September, 2000.

WILLIAM P. DIMITROULEAS
U.S. DISTRICT COURT JUDGE