UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 00-6023-CR-DIMITROULEAS |
| Plaintiff, | : | |
| vs. | : | |
| MARC H. NUNES, | : | |
| Defendant. | : | |

## PETITION FOR WRIT
## OF HABEAS CORPUS AD TESTIFICANDUM

Through counsel, MARC H. NUNES petitions this Court to issue its Writ of Habeas Corpus Ad Testificandum directing the United States Marshal Service to produce Mr. Michael Buffey, Federal Register #59637-004 (currently incarcerated at the Federal Detention Center, Miami, Florida), to provide testimony in regards to the Defendant's pending motion for new trial, which is scheduled to recommence at 1:00 p.m. on October 13, 2000 at the United States District Court, for the Southern District of Florida, Fort Lauderdale Division, before the Honorable William P. Dimitrouleas, United States District Court Judge. In support of this petition, it is alleged as follows:

1. This court has scheduled a resumption of the evidentiary hearing on the Defendant's motion for new trial for October 13, 2000 at 1:00 p.m.

2. Michael Buffey, Federal Register #59637-004, is a witness whose testimony is essential to a fair resolution of the Defendant's pending motion for new trial.

3. Michael Buffey is currently in the custody of the United States Bureau of Prisons and has been designated to or is being detained at the Federal Detention Center, Miami, Florida.

4. Since Mr. Buffey's presence and testimony is sought by the Defendant, and as the Defendant is not insolvent or indigent, the expense of the transportation of Mr. Buffey from his current place of incarceration to Fort Lauderdale and, thereafter, his return to his designated place of confinement shall be borne by the Defendant, through his counsel.

WHEREFORE, counsel petitions this Court to issue its Writ of Habeas Corpus Ad Testificandum as to witness Michael Buffey, Register #59637-004, directing the Marshal Service to produce Mr. Buffey before this Court on or before the 13th day of October, 2000, at 1:00 p.m.

Respectfully submitted,

**ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.**
Attorneys at Law
2250 Southwest Third Avenue
Miami, Florida 33129
Telephone: (305) 858-9550

By: _____
WILLIAM R. TUNKEY
Florida Bar No. 125153

-2-

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded this 6th day of October, 2000 to: Roger Powell, Esquire, Office of the United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301; Stephen Golembe, Esquire, 2601 South Bayshore Drive, Suite 1400, Miami, Florida 33131; Patricia Kyle, Esquire, 216 South Grand Avenue, Bozeman, Montana 59715; and Juan C. Elso, Esquire, 3780 West Flagler Street, Coral Gables, Florida 33134.

ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.

BY: _____
WILLIAM R. TUNKEY

ROBBINS, TUNKEY, ROSS, AMSEL, RABEN & WAXMAN, P.A., ATTORNEYS AT LAW
LAWYERS PLAZA, FOURTH FLOOR , 2250 SOUTHWEST THIRD AVENUE, MIAMI, FLORIDA 33129-2095
DADE CO. (305) 858-9550 · BROWARD CO. (954) 522-6244 · WATS (800) 226-9550 · FACSIMILE (305) 858-7491