UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,      :   CASE NO. 00-6023-CR-DIMITROULEAS

    Plaintiff,                :

vs.                                :

MARC H. NUNES,                     :

    Defendant.                :

_____

**NOTICE OF FILING**

Through counsel, MARC H. NUNES notifies this Court and opposing counsel of the filing of an audio cassette recording made contemporaneously with the heretofore admitted videotaped deposition of defense witness Mark Johnson.

This audio cassette recording is being filed and presented to the Court for review in light of the fact that the audio recording on the videotape is, in large measure, inaudible. The audio cassette is audible and it is requested that it be received as an adjunct exhibit to the videotape.

                Respectfully submitted,

                **ROBBINS, TUNKEY, ROSS, AMSEL,**
                **RABEN, WAXMAN & EIGLARSH, P.A.**
                2250 Southwest Third Avenue
                Miami, Florida 33129
                Telephone: (305) 858-9550

                By: _____
                    WILLIAM R. TUNKEY
                    Florida Bar No. 125153

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded this 11th day of October, 2000 to: Roger Powell, Esquire, Office of the United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301; Stephen Golembe, Esquire, 2601 South Bayshore Drive, Suite 1400, Miami, Florida 33131; Patricia Kyle, Esquire, 216 South Grand Avenue, Bozeman, Montana 59715; and Juan C. Elso, Esquire, 3780 West Flagler Street, Coral Gables, Florida 33134.

ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.

BY _____
WILLIAM R. TUNKEY

ROBBINS, TUNKEY, ROSS, AMSEL, RABEN & WAXMAN, P.A., ATTORNEYS AT LAW
LAWYERS PLAZA, FOURTH FLOOR, 2250 SOUTHWEST THIRD AVENUE, MIAMI, FLORIDA 33129-2095
DADE CO. (305) 858-9550 • BROWARD CO. (954) 522-6244 • WATS (800) 226-9550 • FACSIMILE (305) 858-7491

# ADDITIONAL ATTACHMENTS <u>NOT</u> SCANNED

PLEASE REFER TO COURT FILE