UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6023-CR-~~DMM~~ WPD



UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MARC NUNES,
    Defendant.
_____/

**PRO SE MOTION FOR A 15 DAY EXTENSION
IN WHICH TO SECURE NEW COUNSEL TO FILE MOTION
TO REOPEN EVIDENTIARY HEARING BASED ON CONFLICT OF
INTEREST, INEFFECTIVE ASSISTANCE, AND BRADY VIOLATION**

COMES NOW, the Defendant, MARC NUNES, pro se, respectfully moves this Honorable Court for a fifteen (15) day extension of time to secure new counsel to file a motion to reopen the evidentiary hearing due to conflict of interest, ineffective assistance of counsel, and newly discovered evidence (Brady violation, obstruction of justice, and collusion between defense counsel and government) grounds. The Defendant is a simple laymen and, therefore, is not capable of bringing this complex issue forth without the effective assistance of counsel.

This motion is not for purposes of delay, the Defendant only seeks to avoid a fundamental miscarriage of justice. In support of this request, the Defendant submits this affidavit, under penalty of perjury, claiming innocence.

October 24, 2000
                                          Respectfully submitted,

                                          _____
                                          **MARC NUNES**
                                          60262-004
                                          P.O. BOX 019120
                                          **MIAMI, FL 33101-9120**

