UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6023-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
    Petitioner,

vs.

MARC NUÑES,
    Respondent.
_____/

FILED D.C.
OCT 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's *pro se* October 24, 2000 Motion for a Fifteen Day Extension in Which to Secure New Counsel to File Motion to Reopen Evidentiary Hearing Based on Conflict of Interest, Ineffective Assistance and Brady Violation, said motion is

**DENIED**.

DONE and ORDERED at Ft. Lauderdale, Broward County, Florida this 27 day of October, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:
Marc Nuñes
    Reg. #60262-004
    P.O. Box 019120
    Miami, Fl 33101-9120
Roger Powell, AUSA
J.C. Elso, Esq.
    3780 W. Flagler Street
    Coral Gables, Fl 33134
William Tunkey, Esq.
    2250 S.W. 3rd Avenue, 4th Floor
    Miami, FL 33129

