UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Petitioner,

vs.

MARC NUNES,

Respondent.

_____/

CASE NO. 00-6023-CR-DIMITROULEAS



FILED by _____ D.C.

NOV 0 1 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE having been heard upon Defendant's pro se October 24, 2000 Motion for a Fifteen Day Extension in Which to Secure New Counsel to File Motion to Reopen Evidentiary Hearing Based on Conflict of Interest, Ineffective Assistance and Brady Violation [DE-163], said motion is DENIED; this is a duplicate of [DE-160] which was denied in [DE-161].

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Marc Nunes, Reg. #60262-004
P.O. Box 019120
Miami, FL 33101-9120

Roger Powell, AUSA

J.C. Elso, Esquire
3780 W. Flagler Street
Coral Gables, FL 33134



William Tunkey, Esquire
2250 S.W. 3rd Avenue, 4th Floor
Miami, FL 33129