## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA
### HONORABLE WILLIAM P. DIMITROULEAS

FILED NOV 0 2 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6023-CR-WPD  DATE: October 13, 2000

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA  vs. Mark Nunez

U.S. ATTORNEY: Roger Powell   DEFT. COUNSEL: JC Elso, Wm. Tunkey

REASON FOR HEARING: Deft's motion for new trial.

RESULT OF HEARING: Deft presents testimony, Deft's M/Continue is denied. Deft rests. Nothing further from Gvnt. Deft argues motion. Gvnt responds. Rebuttal (Tunkey). Court defers ruling & will render a written ruling.

JUDGMENT: _____

CASE CONTINUED TO: _____  TIME: _____  FOR: _____

MISC: _____

