AO-187 (Rev 7/87) Exhibit and Witness List

# United States District Court

**DISTRICT OF** Southern Florida

USA v. Marc Nunes

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 00-6023-CR-WPD

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William P. Dimitrouleas | Roger Powell | JC Elso, Wm. Tunkey |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 10/13/00 M/new trial cont. | Bob Ryckoff | Vera Carlton |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/13/00 | | | |
| | | | | | W-1 Oliver Morrism |
| | 8 | | ✓ | ✓ | hand-written notes |
| | 9 | | ✓ | ✓ | note from Ruth Muray to Oliver Morrism |
| | | | | | W-2 Paul Howell |
| | | | | | W-3 Winston Anthony Smith |
| | | | | | W-4 Michael Baffey |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___ Pages

Filed NOV 02 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.