# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

USA
    Plaintiff(s)

vs.

Marc Nunes
    Defendant(s)

Case No. 00-6023-CR-WPD

FILED by _TB_ D.C.

NOV 13 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

☐ Guns, jewelry, currency, drugs, explosives
    Item Nos. _____

☐ Oversized records (larger than 10" x 12" x 15")
    Item Nos. _____

☐ Stored by Records Section in:    ❑ Miami    ❑ Ft. Lauderdale    ❑ West Palm Beach
    Item Nos. _____

☒ Other (Explain): _Defdt's Exhibits_

_____

☐ Attachments
    (Exhibit List, Order of Court)

SIGNATURE: _____
PRINT NAME: _J.C. ELSO_
AGENCY OF FIRM: _Attorney_
ADDRESS: _3780 W. Flagler St_
TELEPHONE: _(305) 446-3377_
DATE: _Nov. 13, 2000_

EXHIBITS RELEASED
BY: _____
    (Deputy Clerk)

ORIGINAL-Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record