UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 00-6023-CR-DIMITROULEAS |
| Plaintiff, | : | |
| vs. | : | |
| MARC H. NUNES, | : | |
| Defendant. | : | |

## MOTION TO WITHDRAW;
## MOTION TO CONDUCT EVIDENTIARY HEARING

Undersigned counsel petitions this Court to permit him to withdraw from any further representation of Marc Nunes. In explanation and support thereof, counsel states as follows:

1. On the 18th day of September, 2000, undersigned counsel was retained by Mr. Nunes as co-counsel in the preparation and presentation of testimony and evidence in the last (of three) hearing on his Motion for New Trial. In that regard, counsel met with and interviewed prospective witnesses, directed the activities of a licensed private investigator, reviewed reports and transcripts, and met often with the defendant at the Federal Detention Center. On October 13, 2000, undersigned counsel appeared before the Court, together with one of Mr. Nunes' three trial counsel (J.C. Elso) and presented testimony and argument regarding the motion for new trial. (Ultimately, the Court denied the defendant's motion for new trial in a written order.)



2. At trial, the defendant was represented by Patricia Kyle, Esquire; Stephen Golembe, Esquire and J.C. Elso, Esquire. These attorneys have not yet filed a motion to withdraw from representation of Mr. Nunes.

3. Attached hereto and incorporated by reference herein is a copy of the notice of appearance which undersigned counsel filed after being retained by the defendant.

4. Undersigned counsel will gladly produce to the Court in-camera and *ex parte* a record of fees received from or on behalf of Marc Nunes. Counsel assures the court that there is no portion of his fees which are unearned.

5. Undersigned counsel has received correspondence from the Eleventh Circuit Court of Appeals providing scheduling regarding Mr. Nunes' *pro se* Notice of Appeal.

6. A hearing at which all of Mr. Nunes' counsel are noticed to be present (and at which they would be prepared to present relevant information such as that proposed for presentation by undersigned counsel) should resolve the issue of responsibility (if any) of representation of Mr. Nunes in his *pro se* appeal.

WHEREFORE, counsel prays this Court grant the relief sought herein and schedule an evidentiary hearing.

> Respectfully submitted,
> **ROBBINS, TUNKEY, ROSS, AMSEL,**
> **RABEN, WAXMAN & EIGLARSH, P.A.**
> 2250 Southwest Third Avenue
> Miami, Florida 33129
> Telephone: (305) 858-9550
> By: _____
> WILLIAM R. TUNKEY
> Florida Bar No. 125153

-2-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded this 19th day of December, 2000 to: Roger Powell, Esquire, Office of the United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301; Stephen Golembe, Esquire, 2601 South Bayshore Drive, Suite 1400, Miami, Florida 33131; Patricia Kyle, Esquire, 216 South Grand Avenue, Bozeman, Montana 59715; Juan C. Elso, Esquire, 3780 West Flagler Street, Coral Gables, Florida 33134; Abe A. Bailey, Esquire, 18350 Northwest Second Avenue, 5th Fl., Miami, Florida 33169; Clerk of the Court, 11th Circuit Court of Appeals, 56 Forsyth Street, N.W., Atlanta, Georgia 30303 and Marc Nunes, Register #60262-004, F.C.I. Yazoo City, 2225 Haley Barbour Parkway, P.O. Box 5050, Yazoo City, Mississippi 39194.

ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.

BY: _____
WILLIAM R. TUNKEY

ROBBINS, TUNKEY, ROSS, AMSEL, RABEN, WAXMAN & EIGLARSH, P.A., ATTORNEYS AT LAW
LAWYERS PLAZA, FOURTH FLOOR . 2250 SOUTHWEST THIRD AVENUE, MIAMI, FLORIDA 33129-2095
DADE CO. (305) 858-9550 • BROWARD CO. (954) 522-6244 • WATS (800) 226-9550 • FACSIMILE (305) 858-7491