UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  00-6023-CR-DIMITROULEAS

    Plaintiff,

vs.

MARC H. NUNES,

    Defendant.
_____/

## ORDER SETTING HEARING

THIS CAUSE having been heard upon Mr. Tunkey's December 21, 2000 Motion To

Withdraw [DE-170], the Court sets a "Tjoflat" hearing on January 26, 2000 at 1:00 P.M. to

determine Defendant's Appellate Counsel.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

William Tunkey, Esquire
2250 S.W. Third Avenue
Miami, FL 33129-2095

Roger Powell, AUSA

Stephen Golembe, Esquire
2601 S. Bayshore Drive, #1400
Miami, FL 33131



Patricia Kyle, Esquire
216 S. Grand Avenue
Bozeman, MT 59715

J.C. Elso, Esquire
3780 W. Flagler Street
Coral Gables, FL 33134

Abe Bailey, Esquire
18350 N.W. 2nd Avenue, 5th Floor
Miami, FL 33169

Marc Nunes, #60262-004
c/o F.C.I.
P.O. Box 5050
Yazoo City, Miss. 39194