UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| **THE UNITED STATES OF AMERICA,** | ) | CASE NUMBER |
| PLAINTIFF, | ) | 00-6023-CR-WPD |
| VS. | ) | |
| **MARC H. NUNES,** | ) | THIS VOLUME: PAGES 1 - 275 |
| DEFENDANT. | ) | |

**VOLUME 1**

TRANSCRIPT OF JURY TRIAL HAD BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA, ON MONDAY, MAY 22, 2000, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT: ROGER POWELL, A.U.S.A.

FOR THE DEFENDANT: J. C. ELSO, STEPHEN GOLEMBE, AND PATRICIA KYLE, ESQS.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488



## TABLE OF CONTENTS


| WITNESSES: | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| JAMES STEPHEN HOUK .......... | 158 | 161 | | |
| ROY BRATHWAITE .............. | 168 | 175 | 180 | |

OPENING STATEMENT BY MR. POWELL - PAGE 185
OPENING STATEMENT BY MR. ELSO - PAGE 195

| | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| ROY BRATHWAITE .............. | 204 | 235 | 272 | |


## INDEX TO EXHIBITS


| EXHIBITS | MARKED FOR IDENTIFICATION | | RECEIVED IN EVIDENCE | |
|---|---|---|---|---|
| DESCRIPTION | PAGE | LINE | PAGE | LINE |
| GOVERNMENT EXHIBIT 1 ........................ | | | 217 | 15 |
| GOVERNMENT EXHIBIT 4 ........................ | | | 218 | 11 |
| GOVERNMENT EXHIBIT 13 ....................... | | | 168 | 2 |
| GOVERNMENT EXHIBITS 5-A THROUGH 5-E ........... | | | 218 | 25 |
| GOVERNMENT EXHIBITS 6-A THROUGH 6-C ........... | | | 219 | 17 |
| GOVERNMENT EXHIBITS 7-A THROUGH 7-C ........... | | | 220 | 11 |
| GOVERNMENT EXHIBIT 8 ........................ | | | 220 | 24 |
| GOVERNMENT EXHIBITS 9-A AND 9-B .............. | | | 221 | 16 |
| GOVERNMENT EXHIBITS 10-A THROUGH 10-C ......... | | | 222 | 7 |
| GOVERNMENT EXHIBIT 11 ....................... | | | 224 | 21 |
| GOVERNMENT EXHIBIT 12 ....................... | | | 225 | 15 |
| GOVERNMENT EXHIBIT 13 ....................... | | | 227 | 2 |
| GOVERNMENT EXHIBIT 14 ....................... | | | 228 | 23 |
| GOVERNMENT EXHIBIT 15 ....................... | | | 229 | 20 |

GOVERNMENT EXHIBIT 16 ........................ 232 3

GOVERNMENT EXHIBIT 17 ........................ 232 22

GOVERNMENT EXHIBIT 18 ........................ 234 10

DEFENSE EXHIBIT 19 ........................... 244 5

DEFENSE EXHIBIT 20 ........................... 245 8

# TRANSCRIPT

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**