

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6023-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

                Plaintiff,    **MOTION TO WITHDRAW AS COUNSEL**

MARC H. NUNES,
                Defendant.

        COMES NOW PATRICIA JEAN KYLE, ESQ., co-counsel of record for the Defendant, MARC H. NUNES, and hereby requests that she be permitted to withdraw as counsel. In support of the Motion, undersigned counsel states that following trial in this case, by his actions and statements to undersigned counsel, the Defendant informed undersigned counsel that her services were no longer needed by the Defendant, and he no longer wished her to act as counsel in post-trial matters. The Defendant has other counsel of record; there will be no prejudice to the Defendant in permitting counsel to withdraw, and the granting of this motion will have no impact on the Court or on the Court's scheduling in this case.

                                    Respectfully submitted,

                                    */s/ Patricia Jean Kyle*

                                    PATRICIA JEAN KYLE, ESQ.
                                    216 South Grand Avenue
                                    Bozeman, Montana 59715
                                    Tel: (406) 582-7374 or 582-2040
                                    FAX (406) 582-2041
                                    Member Florida & Montana Bar Assns.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy was mailed by United States mail this 2nd Day of January, 2001, to AUSA Roger Powell, Office of the United States Attorney, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394; Stephen Golembe, Esq., 2601 S. Bayshore Drive, 14th Floor, Coconut Grove, Florida 33133; J.C. Elso, Esq., 3780 W. Flagler, Coral Gables, Florida 33134-1602.

PATRICIA JEAN KYLE, ESQ.