UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,  CASE NO. 00-6023-CR-DIMITROULEAS

Plaintiff,

vs.

MARC H. NUNES,

Defendant.
_____/

## ORDER RE-SETTING HEARING

THIS CAUSE having been heard upon Ms. Kyle's January 2, 2001 Motion To Withdraw As Counsel, the Court sets a "Tjoflat" hearing on <u>January 31, 2001 at 1:00 P.M.</u>[1] to determine Defendant's Appellate Counsel. The U.S. Attorney's Office has already been directed to prepare whatever orders or writs that will ensure the Defendant's presence at this hearing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

William Tunkey, Esquire
2250 S.W. Third Avenue
Miami, FL 33129-2095

Roger Powell, AUSA

Stephen Golembe, Esquire
2601 S. Bayshore Drive, #1400

---

[1] Note that this is a different hearing date; the January 26, 2001 hearing is cancelled.



Miami, FL 33131

Patricia Kyle, Esquire
216 S. Grand Avenue
Bozeman, MT 59715

J.C. Elso, Esquire
3780 W. Flagler Street
Coral Gables, FL 33134

Abe Bailey, Esquire
18350 N.W. 2nd Avenue, 5th Floor
Miami, FL 33169

Marc Nunes, #60262-004
c/o F.C.I.
P.O. Box 5050
Yazoo City, Miss. 39194