UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

V.     CASE NO. 00-6023-CR-DIMITROULEAS

MARC NUNES

---

TYPE OF CASE:     CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.     COURTROOM 203E
FT. LAUDERDALE, FL 33301     DATE & TIME:
**January 31, 2001 AT 1:00 P.M.**
(Previously set for 1/26/01 at 1:00)

---

TYPE OF HEARING:     TJOFLAT HEARING

CLARENCE MADDOX,
CLERK OF COURT

BY DEPUTY CLERK

DATE: January 10, 2001

cc:    Roger Powell, AUSA
       William Tunkey, Esq.
       Patricia Kyle, Esq.
       Stephen Golembe, Esq.

