**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6023-CR-WPD   DATE: January 30, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Marc Nunes

U.S. ATTORNEY: Roger Powell     DEFT. COUNSEL: William Tunkey

REASON FOR HEARING: Tjoflat hearing

RESULT OF HEARING: Deft's Counsel's 3 motions to withdraw. Motion to withdraw as to Stephen Glumbe, Esq. & Patricia Kyle, Esq. is Granted. Mr. Tunkey's motion to withdraw is withdrawn by Tunkey. Deft Marc Nunes Sworn & Questioned by the Court.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

