UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6023-CR-DIMITROULEAS

Plaintiff,

vs.

MARC H. NUNES,

Defendant.

_____/



## ORDER ON APPELLATE COUNSEL

THIS CAUSE having been heard upon Mr. Golembe's December 29, 2000 Motion to

Withdraw [DE-172], Ms. Kyle's Motion to Withdraw [DE-175], and Mr. Tunkey's Motion to

Withdraw [DE-170], and the Court having conducted a hearing on January 30, 2001 to determine

Defendant's Appellate Counsel, and the Defendant having indicated a desire to withdraw his appeal,

Mr. Golembe's Motion to Withdraw is Granted; Ms. Kyle's Motion to Withdraw is Granted; Mr.

Tunkey's Motion to Withdraw is withdrawn.

DONE and ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

30 day of January 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

William Tunkey, Esquire
2250 S.W. Third Avenue
Miami, FL 33129-2095

Roger Powell, AUSA



Stephen Golembe, Esquire
2601 S. Bayshore Drive, #1400
Miami, FL 33131

Patricia Jean Kyle, Esquire
216 South Grand Avenue
Bozeman, MT 59715