UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

CLARENCE MADDOX
Court Administrator/Clerk of Court

CLERK, U.S. COURT OF APPEALS
Eleventh Judicial Circuit
56 Forsyth Street
Atlanta, Georgia 30303

Date: February 5, 2001
USDC # 00-6023-CR-WPD
USCA # 00-15773-C

IN RE: **USA v. Nunes**

================================================================

**Certificate of Readiness of Record On Appeal**

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

_2_ Volumes of Pleadings
_6_ Volumes of Transcripts

_X_ Exhibits:

_1_ PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: Dominique Louis
Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_______________________________
Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

182

LSS CLOSED
APPEAL

U.S. District Court
Southern District of Florida (FtLauderdale)

CRIMINAL DOCKET FOR CASE #: 00-CR-6023-ALL

USA v. Nunes, et al
Dkt# in other court: None

Filed: 01/27/00

Case Assigned to: Judge William P. Dimitrouleas

| | |
|---|---|
| MARC H. NUNES (1) , DOB 7/5/74<br>Prisoner #60262-004<br>defendant<br>[term 10/17/00] | William Robert Tunkey<br>[term 10/17/00]<br>[COR LD NTC ret]<br>Robbins Tunkey Ross Amsel Raben et al<br>2250 SW 3rd Avenue<br>4th Floor<br>Miami, FL 33129-2095<br>305-858-9550 |
| | Abe Anselheart Bailey<br>[term 10/17/00]<br>FTS 653-5286<br>305-653-8860<br>5th Floor<br>[COR LD NTC ret]<br>18350 NW 2nd Avenue<br>Miami, FL 33169 |
| | Stephen J. Golembe<br>[term 10/17/00]<br>FTS 858-3100<br>305-858-0404<br>Suite 1400<br>[COR LD NTC ret]<br>2601 S Bayshore Drive<br>Miami, FL 33133-2609 |

| Pending Counts: | Disposition |
|---|---|
| 21:963=CP.F CONSPIRACY CONTRL SUBST IMPORT/EXPORT (1) | Total Imprisonment 235 months: 235 months on counts 1, 2 and 4 to run concurrent to each other; 60 months on counts 3 and 5 to run concurrent to each other and to counts 1, 2 and 4. Supervised Release 60 months: 60 months on counts 1, 2 and 4 to run concurrent to each other; 36 months on counts 3 and 5 to run |



Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By [signature]
Deputy Clerk
Date 2-5-01

| | |
|---|---|
| | concurrent to each other and to counts 1, 2 and 4. Assessment $500.00. Restitution $2,000.00 (1) |
| 21:952=CI.F CONTROLLED SUBSTANCE - IMPORT (2 - 3) | Total Imprisonment 235 months: 235 months on counts 1, 2 and 4 to run concurrent to each other; 60 months on counts 3 and 5 to run concurrent to each other and to counts 1, 2 and 4. Supervised Release 60 months: 60 months on counts 1, 2 and 4 to run concurrent to each other; 36 months on counts 3 and 5 to run concurrent to each other and to counts 1, 2 and 4. Assessment $500.00. Restitution $2,000.00 (2 - 3) |
| 21:841A=CD.F CONTROLLED SUBST SELL/DISTR/DISPENSE (4 - 5) | Total Imprisonment 235 months: 235 months on counts 1, 2 and 4 to run concurrent to each other; 60 months on counts 3 and 5 to run concurrent to each other and to counts 1, 2 and 4. Supervised Release 60 months: 60 months on counts 1, 2 and 4 to run concurrent to each other; 36 months on counts 3 and 5 to run concurrent to each other and to counts 1, 2 and 4. Assessment $500.00. Restitution $2,000.00 (4 - 5) |

Offense Level (opening): 4

Terminated Counts:

NONE

Complaints:

NONE

========================

Case Assigned to: Judge William P. Dimitrouleas

| | |
|---|---|
| PAUL M. HOWELL (2)<br>defendant<br>[term 06/07/00] | R. Michael Hursey<br>[term 06/07/00]<br>FTS 779-7980<br>954-779-1880<br>Suite 800<br>[COR LD NTC ret]<br>One River Plaza<br>305 S Andrews Avenue<br>Fort Lauderdale, FL 33301 |

| Pending Counts: | Disposition |
|---|---|
| 21:963=CP.F CONSPIRACY CONTRL SUBST IMPORT/EXPORT (1) | Imprisonment 70 months; Supervised Release 60 months; Assessment $100.00; Fine $5, 000.00 (1) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 21:952=CI.F CONTROLLED SUBSTANCE - IMPORT (2 - 3) | Dismissed (2 - 3) |
| 21:841A=CD.F CONTROLLED SUBST SELL/DISTR/DISPENSE (4 - 5) | Dismissed (4 - 5) |

Offense Level (disposition): 4

Complaints:

NONE

MARC H. NUNES, DOB 7/5/74 Prisoner #60262-004

defendant

========================

PAUL M. HOWELL

defendant

========================

USA

plaintiff

U. S. Attorneys:

Roger Powell
FTS 356-7336
954-356-7392
[COR LD NTC]
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394-3002
954-356-7254

PTS Officer
FTS 356-7915
954-769-5600
[COR LD NTC]
Pretrial Services Office
299 E Broward Boulevard
Suite 301
Fort Lauderdale, FL 33301
954-769-5600

Probation Officer
FTS 356-7061
954-769-5500
[COR LD NTC]
United States Probation Office
299 E Broward Boulevard
Room 409
Fort Lauderdale, FL 33301-1865
954-769-5500

| | | |
|---|---|---|
| 1/27/00 | 1 | MOTION by USA as to Marc H. Nunes, Paul M. Howell to seal indictment and warrant until arrest (pb) [Entry date 01/27/00] |
| 1/27/00 | 2 | ORDER as to Marc H. Nunes, Paul M. Howell granting [1-1] motion to seal indictment and warrant until arrest as to Marc H. Nunes (1), Paul M. Howell (2) ( Signed by Magistrate Barry S. Seltzer on 1/27/00) CCAP [EOD Date: 1/27/00] CCAP (pb) [Entry date 01/27/00] |
| 1/27/00 | 3 | SEALED INDICTMENT as to Marc H. Nunes (1) count(s) 1, 2-3, 4-5, Paul M. Howell (2) count(s) 1, 2-3, 4-5 (Criminal Category 1) (pb) [Entry date 01/27/00] |
| 1/27/00 | 4 | ARREST WARRANT issued as to Marc H. Nunes . Warrant issued by Magistrate Barry S. Seltzer Bail fixed at $250,000 Corp. Surety w/Nebbia (pb) [Entry date 01/27/00] |
| 1/27/00 | 5 | ARREST WARRANT issued as to Paul M. Howell . Warrant issued by Magistrate Barry S. Seltzer Bail fixed at $250,000 CSB w/Nebbia (pb) [Entry date 01/27/00] |
| 1/27/00 | -- | Magistrate identification: Magistrate Judge Lurana S. Snow (pb) [Entry date 01/27/00] |
| 1/30/00 | -- | ARREST of Marc H. Nunes (ss) [Entry date 02/03/00] |
| 1/31/00 | 6 | Minute of Initial Appearance on Sealed Indictment held on 1/31/00 before Ch. Magistrate Judge Lurana S. Snow as to Paul M. Howell; Inquiry Re Counsel 2/1/00 at 11:00; Pretrial Detention 2/3/00 at 10:30; Arraignment 2/3/00 at 10:30; Court Reporter Name or Tape #: 00-004 @ 1892-2122 (ss) [Entry date 02/01/00] |
| 1/31/00 | -- | Initial appearance as to Paul M. Howell held Arraignment set for 10:30 2/3/00 for Paul M. Howell; Detention Hearing set for 10:30 2/3/00 for Paul M. Howell (Defendant informed of rights.) (ss) [Entry date 02/01/00] |
| 1/31/00 | 7 | ORDER on Initial Appearance as to Paul M. Howell Report re counsel set for 11:00 2/1/00 for Paul M. Howell; Arraignment set for 11:00 2/3/00 for Paul M. Howell; Detention hearing set for 11:00 2/3/00 for Paul M. Howell before Duty Magistrate, , (Signed by Ch. Magistrate Judge Lurana S. Snow on 1/31/00) Tape # 00-004 CCAP (ss) [Entry date 02/01/00] |
| 1/31/00 | 8 | ORDER as to Paul M. Howell Unsealing Indictment as to all parties (Signed by Ch. Magistrate Judge Lurana S. Snow on 1/31/00) CCAP [EOD Date: 2/1/00] CCAP (ss) [Entry date 02/01/00] |
| 1/31/00 | -- | Indictment unsealed as to Paul M. Howell (ss) [Entry date 02/01/00] |

Big. vol. I

Vol. I Cont.

| | | |
|---|---|---|
| 1/31/00 | -- | ARREST of Paul M. Howell (ss) [Entry date 02/02/00] |
| 1/31/00 | 15 | REPORT Commencing Criminal Action as to Marc H. Nunes DOB: 7/5/74 Prisoner # 60262-004 (ss) [Entry date 02/04/00] |
| 1/31/00 | 16 | ORDER on Initial Appearance as to Marc H. Nunes Bond set to $250,000 Corporate Surety w/Nebbia for Marc H. Nunes. , (Signed by Magistrate Judge William C. Turnoff on 1/31/00) Tape # 00G11-2741 CCAP (ss) [Entry date 02/04/00] |
| 1/31/00 | 17 | ORDER as to Marc H. Nunes Unsealing Case (Signed by Magistrate Judge William C. Turnoff on 1/31/00) CCAP [EOD Date: 2/4/00] (ss) [Entry date 02/04/00] |
| 1/31/00 | 18 | NOTICE of Appearance for Marc H. Nunes by Attorney Abe Anselheart Bailey (ss) [Entry date 02/04/00] |
| 1/31/00 | -- | Indictment unsealed as to Marc H. Nunes (ss) [Entry date 10/18/00] |
| 2/1/00 | 9 | Arrest WARRANT Returned Executed as to Paul M. Howell on 1/31/00 (ss) [Entry date 02/02/00] |
| 2/1/00 | 10 | Minute of Inquiry Re Counsel held on 2/1/00 before Ch. Magistrate Judge Lurana S. Snow as to Paul M. Howell; Inquiry re counsel 2/2/00 at 11:00; Court Reporter Name or Tape #: 00-004 @ 2981-3088 (ss) [Entry date 02/02/00] |
| 2/1/00 | -- | Inquiry Re Counsel as to Paul M. Howell held (ss) [Entry date 02/02/00] |
| 2/1/00 | 19 | ARRAIGNMENT INFORMATION SHEET for Marc H. Nunes (1) count(s) 1, 2-3, 4-5 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ss) [Entry date 02/04/00] |
| 2/1/00 | 20 | ORDER as to Marc H. Nunes denying motion to reduce bond (Signed by Magistrate Judge William C. Turnoff on 2/1/00) Tape 00G12-1062 CCAP [EOD Date: 2/4/00] CCAP (ss) [Entry date 02/04/00] |
| 2/1/00 | 21 | STANDING DISCOVERY ORDER as to Marc H. Nunes all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Magistrate Judge William C. Turnoff on 2/1/00) CCAP (ss) [Entry date 02/04/00] |
| 2/2/00 | 11 | Arrest WARRANT Returned Executed as to Marc H. Nunes on 1/30/00 (ss) [Entry date 02/03/00] |
| 2/2/00 | 12 | Minute of Inquiry Re Counsel held on 2/2/00 before Ch. Magistrate Judge Lurana S. Snow as to Paul M. Howell; Court Reporter Name or Tape #: 00-006 @ 1941-1973 (ss) [Entry date 02/03/00] |

| Date | # | Docket Text |
|---|---|---|
| 2/2/00 | -- | Inquiry Re Counsel as to Paul M. Howell held (ss) [Entry date 02/03/00] |
| 2/2/00 | 13 | NOTICE of Temporary Appearance for Paul M. Howell by Attorney R. Michael Hursey (ss) [Entry date 02/03/00] |
| 2/2/00 | 14 | MEMORANDUM by USA as to Marc H. Nunes, Paul M. Howell in support of pre-trial detention (ss) [Entry date 02/03/00] |
| 2/2/00 | 22 | MEMORANDUM by USA as to Marc H. Nunes, Paul M. Howell in support of pre-trial detention (ss) [Entry date 02/04/00] |
| 2/3/00 | 24 | Minute of Pretrial Detention Hearing held on 2/3/00 before Ch. Magistrate Judge Lurana S. Snow as to Paul M. Howell; Inquiry Re Counsel/Pretrial Detention 2/7/00 at 11:00; Court Reporter Name or Tape #: 00-006 @ 2836-3027 (ss) [Entry date 02/09/00] |
| 2/3/00 | -- | Detention hearing as to Paul M. Howell held (ss) [Entry date 02/09/00] |
| 2/7/00 | 23 | REVISED by USA as to Marc H. Nunes, Paul M. Howell to: [14-1] support memorandum (ss) [Entry date 02/07/00] |
| 2/7/00 | 25 | Minute of Pretrial Detention held on 2/7/00 before Ch. Magistrate Judge Lurana S. Snow as to Paul M. Howell; Inquiry Re Counsel & Prelim/Arraign 2/14/00 at 11:00; Court Reporter Name or Tape #: 00-007 @ 1860-3091 (ss) [Entry date 02/09/00] |
| 2/7/00 | -- | Detention hearing as to Paul M. Howell held (ss) [Entry date 02/09/00] |
| 2/9/00 | 26 | NOTICE of Hearing as to Marc H. Nunes: Set Jury trial for 9:00 3/6/00 for Marc H. Nunes before Judge William P. Dimitrouleas, Set calendar call for 9:00 3/3/00 for Marc H. Nunes before Judge William P. Dimitrouleas (ss) [Entry date 02/10/00] |
| 2/10/00 | 28 | ORDER OF DETENTION as to Paul M. Howell (Signed by Ch. Magistrate Judge Lurana S. Snow on 2/10/00) CCAP (ss) [Entry date 02/15/00] |
| 2/11/00 | 27 | APPEAL by Paul M. Howell from US Magistrate Judge Report and Recommendation (ss) [Entry date 02/14/00] |
| 2/14/00 | 29 | Minute of Inquiry re Counsel/Arraignment held on 2/14/00 before Magistrate Barry S. Seltzer as to Paul M. Howell; Inquiry Re Counsel/Arraignment 2/22/00 at 11:00; Court Reporter Name or Tape #: 00-013 @ 653-721 (ss) [Entry date 02/15/00] |
| 2/14/00 | -- | Inquiry Re Counsel as to Paul M. Howell held (ss) |

[Entry date 02/15/00] Vol. 1 cont.

| | | |
|---|---|---|
| 2/14/00 | 30 | ORDER as to Paul M. Howell [27-1] appeal from US Magistrate Judge Report and Recommendation defer ruling for five days (Signed by Judge William P. Dimitrouleas on 2/14/00) CCAP [EOD Date: 2/15/00] CCAP (ss) [Entry date 02/15/00] |
| 2/14/00 | 31 | RESPONSE to Standing Discovery Order by USA as to Marc H. Nunes, Paul M. Howell (ss) [Entry date 02/15/00] |
| 2/17/00 | 32 | RESPONSE by USA as to Paul M. Howell re [27-1] appeal from US Magistrate Judge Report and Recommendation (ss) [Entry date 02/18/00] |
| 2/17/00 | 33 | TRANSCRIPT filed as to Marc H. Nunes of Initial Appearance held 1/31/00 before Judge William C. Turnoff Volume #: I Pages: 1 through 7 (ss) [Entry date 02/18/00] Vol. 3 |
| 2/17/00 | 34 | MOTION by Marc H. Nunes to Reduce Bond (ss) [Entry date 02/18/00] |
| 2/22/00 | 35 | Minute of Inquiry re Counsel/Arraignment held on 2/22/00 before Magistrate Barry S. Seltzer as to Paul M. Howell; Status Conference 3/8/00 at 11:00; Court Reporter Name or Tape #: 00-015 @ 299-371 (ss) [Entry date 02/23/00] |
| 2/22/00 | -- | Inquiry Re Counsel as to Paul M. Howell held (ss) [Entry date 02/23/00] |
| 2/22/00 | 36 | ARRAIGNMENT INFORMATION SHEET for Paul M. Howell (2) count(s) 1, 2-3, 4-5 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (ss) [Entry date 02/23/00] |
| 2/22/00 | 37 | NOTICE of Appearance for Paul M. Howell by Attorney Michael Hursey (ss) [Entry date 02/23/00] |
| 2/22/00 | 38 | ORDER as to Marc H. Nunes [34-1] motion to Reduce Bond defer ruling for five days (Signed by Judge William P. Dimitrouleas on 2/22/00) CCAP [EOD Date: 2/23/00] CCAP (ss) [Entry date 02/23/00] |
| 2/22/00 | 39 | STANDING DISCOVERY ORDER as to Paul M. Howell all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Magistrate Barry S. Seltzer on 2/00) CCAP (ss) [Entry date 02/24/00] |
| 2/22/00 | 40 | ORDER SETTING STATUS CONFERENCE as to Paul M. Howell Status conference set for 11:00 3/8/00 for Paul M. Howell before Ch. Magistrate Judge Lurana S. Snow (Signed by Magistrate Barry S. Seltzer on 2/00) CCAP [EOD Date: 2/24/00] CCAP (ss) [Entry date 02/24/00] |

Vol. I Conv.

| | | |
|---|---|---|
| 2/22/00 | 41 | TRANSCRIPT filed as to Paul M. Howell of Pretrial Detention Hearing held 2/7/00 before Judge Lurana S. Snow Volume #: I Pages: 1 through 19 (ss) [Entry date 02/25/00] |
| 2/23/00 | 42 | ORDER as to Marc H. Nunes denying [34-1] motion to Reduce Bond (Signed by Magistrate Judge William C. Turnoff on 2/21/00) CCAP [EOD Date: 2/25/00] CCAP (ss) [Entry date 02/25/00] |
| 2/24/00 | 43 | NOTICE of Hearing as to Paul M. Howell: Set Jury trial for 9:00 3/27/00 for Paul M. Howell before Judge William P. Dimitrouleas, Set calendar call for 9:00 3/24/00 for Paul M. Howell before Judge William P. Dimitrouleas (ss) [Entry date 02/25/00] |
| 2/24/00 | 44 | RESPONSE by USA as to Marc H. Nunes re [34-1] motion to Reduce Bond (ss) [Entry date 02/25/00] |
| 2/24/00 | 45 | ORDER as to Paul M. Howell denying [27-1] appeal from US Magistrate Judge Report and Recommendation as to Paul M. Howell (2) (Signed by Judge William P. Dimitrouleas on 2/24/00) CCAP [EOD Date: 2/25/00] CCAP (ss) [Entry date 02/25/00] |
| 2/25/00 | 46 | AMENDED ORDER as to Paul M. Howell denying [27-1] appeal from US Magistrate Judge Report and Recommendation (Signed by William P. Dimitrouleas on 2/25/00) CCAP (ss) [Entry date 02/28/00] |
| 2/25/00 | 47 | ORDER as to Marc H. Nunes denying appeal ([34-1] motion to reduce bond) (Signed by Judge William P. Dimitrouleas on 2/25/00) CCAP [EOD Date: 2/28/00] CCAP (ss) [Entry date 02/28/00] |
| 3/2/00 | 48 | NOTICE of Permanent Appearance for Marc H. Nunes by Attorney Stephen J. Golembe (ss) [Entry date 03/03/00] |
| 3/2/00 | 49 | MOTION by Marc H. Nunes to continue the calendar call (ss) [Entry date 03/03/00] |
| 3/3/00 | 50 | Minute of Calendar Call/Status Conference held on 3/3/00 before Judge William P. Dimitrouleas as to Marc H. Nunes; Calendar Call 3/24/00 at 9:00; Trial Period 3/27/00 at 9:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 03/06/00] |
| 3/3/00 | -- | Status conference as to Marc H. Nunes held (ss) [Entry date 03/06/00] |

| | | |
|---|---|---|
| 3/3/00 | 51 | ORDER as to Marc H. Nunes granting [49-1] motion to continue the calendar call as to Marc H. Nunes (1) Reset Jury trial for 9:00 3/27/00 for Marc H. Nunes before Judge William P. Dimitrouleas, Reset calendar call for 9:00 3/24/00 for Marc H. Nunes before Judge William P. Dimitrouleas, to Continue in Interest of Justice (Signed by Judge William P. Dimitrouleas on 3/3/00) CCAP [EOD Date: 3/6/00] CCAP (ss) [Entry date 03/06/00] |
| 3/3/00 | 52 | ORDER as to Marc H. Nunes granting [49-1] motion to continue the calendar call: Reset Jury trial for 9:00 3/27/00 for Marc H. Nunes before Judge William P. Dimitrouleas, Reset calendar call for 9:00 3/24/00 for Marc H. Nunes before Judge William P. Dimitrouleas (Signed by Judge William P. Dimitrouleas on 3/3/00) CCAP [EOD Date: 3/6/00] CCAP (ss) [Entry date 03/06/00] |
| 3/7/00 | 53 | FIRST SUPPLEMENT by USA as to Marc H. Nunes, Paul M. Howell to: [31-1] order response (ss) [Entry date 03/08/00] |
| 3/10/00 | 54 | STATUS REPORT ORDER as to Paul M. Howell. (Signed by Ch. Magistrate Judge Lurana S. Snow on 3/10/00) CCAP [EOD Date: 3/13/00] CCAP (ss) [Entry date 03/13/00] |
| 3/17/00 | 55 | SECOND SUPPLEMENT by USA as to Marc H. Nunes, Paul M. Howell to: [31-1] order response (ss) [Entry date 03/20/00] |
| 3/22/00 | 56 | EMERGENCY UNOPPOSED SUPPLEMENT by Marc H. Nunes to: [49-1] motion to continue the calendar call (ss) [Entry date 03/22/00] |
| 3/22/00 | 57 | ORDER as to Marc H. Nunes denying without prejudice [56-1] emergency unopposed supplemental motion to continue as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 3/22/00) CCAP [EOD Date: 3/23/00] CCAP (ss) [Entry date 03/23/00] |
| 3/24/00 | 58 | Minute of Calendar Call/Status Conference held on 3/24/00 before Judge William P. Dimitrouleas as to Marc H. Nunes; Calendar Call 5/19/00 at 9:00; Court Reporter Name or Tape #: Carl Schanzleh (ss) [Entry date 03/27/00] |
| 3/24/00 | -- | Status conference as to Marc H. Nunes held (ss) [Entry date 03/27/00] |
| 3/24/00 | 59 | Minute of Change of Plea held on 3/24/00 before Judge William P. Dimitrouleas as to Paul M. Howell; GUILTY: Paul M. Howell (2) count(s) 1; Sentencing 6/9/00 at 11:30; Court Reporter Name or Tape #: Carl Schanzleh (ss) [Entry date 03/27/00] |
| 3/24/00 | -- | Change of Plea Hearing as to Paul M. Howell held (ss) [Entry date 03/27/00] |

vd. \ cont.

| | | |
|---|---|---|
| 3/24/00 | 60 | Plea Agreement as to Paul M. Howell (ss) [Entry date 03/27/00] |
| 3/24/00 | 61 | NOTICE of Hearing as to Paul M. Howell: Setting Sentencing for 11:30 6/9/00 for Paul M. Howell before Judge William P. Dimitrouleas (ss) [Entry date 03/27/00] |
| 3/24/00 | 62 | ORDER as to Marc H. Nunes granting motion to continue: Reset Jury trial for 9:00 5/22/00 for Marc H. Nunes before Judge William P. Dimitrouleas, Reset calendar call for 9:00 5/19/00 for Marc H. Nunes before Judge William P. Dimitrouleas, to Continue in Interest of Justice (Signed by Judge William P. Dimitrouleas on 3/24/00) CCAP [EOD Date: 3/27/00] CCAP (ss) [Entry date 03/27/00] |
| 5/3/00 | 63 | EXPARTE MOTION by Marc H. Nunes for writ of habeas corpus ad testificandum (ss) [Entry date 05/03/00] |
| 5/3/00 | 64 | WRIT of Habeas Corpus ad Testificandum issued for Dwayne Campbell, Napolian Raglund, Howard Hall, Jefferson Gordon, Zimmerman Beharry, Steve Reins, Damian Oliver and Andrew Brown for 5/22/00 at 9:00 in case as to Marc H. Nunes (Signed by Judge William P. Dimitrouleas 5/3/00) CCAP [EOD Date: 5/4/00] (ss) [Entry date 05/04/00] |
| 5/9/00 | 65 | AMENDMENT by Marc H. Nunes to: [63-1] motion for writ of habeas corpus ad testificandum (ss) [Entry date 05/09/00] |
| 5/9/00 | 66 | WRIT of Habeas Corpus ad Testificandum issued for Andrew Brown for 5/22/00 in case as to Marc H. Nunes (Signed by Judge William P. Dimitrouleas on 5/9/00) CCAP [EOD Date: 5/10/00] (ss) [Entry date 05/10/00] |
| 5/9/00 | 67 | WRIT of Habeas Corpus ad Testificandum issued for Damian Oliver for 5/22/00 in case as to Marc H. Nunes (Signed by Judge William P. Dimitrouleas on 5/9/00) CCAP [EOD Date: 5/10/00] (ss) [Entry date 05/10/00] |
| 5/9/00 | 68 | WRIT of Habeas Corpus ad Testificandum issued for Napolian Raglund for 5/22/00 in case as to Marc H. Nunes (Signed by Judge William P. Dimitrouleas on 5/9/00) CCAP [EOD Date: 5/10/00] (ss) [Entry date 05/10/00] |
| 5/10/00 | 69 | MOTION by Marc H. Nunes to transport Federal inmates to testify at trial (ss) [Entry date 05/10/00] |
| 5/10/00 | 70 | ORDER as to Marc H. Nunes granting [69-1] motion to transport Federal inmates to testify at trial (Signed by Judge William P. Dimitrouleas on 5/10/00) CCAP [EOD Date: 5/11/00] CCAP (ss) [Entry date 05/11/00] |

| | | |
|---|---|---|
| 5/10/00 | 71 | WRIT of Habeas Corpus ad Testificandum issued for Howard Hall for 5/22/00 in case as to Marc H. Nunes (Signed by Judge William P. Dimitrouleas on 5/10/00) CCAP [EOD Date: 5/11/00] (ss) [Entry date 05/11/00] |
| 5/10/00 | 72 | WRIT of Habeas Corpus ad Testificandum issued for Zimmerman Beharrie for 5/22/00 in case as to Marc H. Nunes (Signed by Judge William P. Dimitrouleas on 5/10/00) CCAP [EOD Date 5/11/00] (ss) [Entry date 05/11/00] |
| 5/18/00 | 73 | JOINT EMERGENCY MOTION by Marc H. Nunes to continue until the trial period of 6/5/00 (ss) [Entry date 05/19/00] |
| 5/19/00 | 74 | Minutes of Calendar Call/Status Conference held on 5/19/00 before Judge William P. Dimitrouleas as to Marc H. Nunes; Jury Selection 5/22/00 at 9:15; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 05/19/00] |
| 5/19/00 | -- | Calendar call as to Marc H. Nunes held (ss) [Entry date 05/19/00] |
| 5/19/00 | 75 | ORDER as to Marc H. Nunes denying [73-1] motion to continue until the trial period of 6/5/00 as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 5/19/00) CCAP [EOD Date: 5/22/00] CCAP (ss) [Entry date 05/22/00] |
| 5/19/00 | 76 | THIRD SUPPLEMENT by USA as to Marc H. Nunes to: [31-1] order response (ss) [Entry date 05/22/00] |
| 5/19/00 | 77 | FOURTH SUPPLEMENT by USA as to Marc H. Nunes to: [31-1] order response (ss) [Entry date 05/22/00] |
| 5/19/00 | 78 | Witness list by USA as to Marc H. Nunes (ss) [Entry date 05/22/00] |
| 5/19/00 | 79 | Proposed Jury Instructions by USA as to Marc H. Nunes (ss) [Entry date 05/22/00] |
| 5/19/00 | 80 | Voir Dire Questions by USA as to Marc H. Nunes (ss) [Entry date 05/22/00] |
| 5/22/00 | 84 | Minutes of Jury Selection & Trial Day 1 held on 5/22/00 before Judge William P. Dimitrouleas as to Marc H. Nunes; Jury Trial Day 2 5/23/00; Court Reporter Name or Tape #: Carl Schanzleh (ss) [Entry date 05/30/00] |
| 5/22/00 | -- | Jury trial as to Marc H. Nunes held (ss) [Entry date 05/30/00] |
| 5/23/00 | 81 | ORDER as to Marc H. Nunes denying motion in limine (Signed by Judge William P. Dimitrouleas on 5/23/00) CCAP [EOD Date: 5/24/00] CCAP (ss) [Entry date 05/24/00] |

Vol. 1 Cont.

| | | |
|---|---|---|
| 5/23/00 | 82 | Minutes of Jury Trial Day 2 held on 5/23/00 before Judge William P. Dimitrouleas as to Marc H. Nunes; Day 3 5/24/00 at 9:15; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 05/24/00] |
| 5/23/00 | -- | Voir dire begun as to Marc H. Nunes (1) count(s) 1, 2-3, 4-5 (ss) [Entry date 05/24/00] |
| 5/23/00 | -- | Jury trial as to Marc H. Nunes held (ss) [Entry date 05/24/00] |
| 5/24/00 | 83 | Minutes of Jury Trial Day 3 held on 5/24/00 before Judge William P. Dimitrouleas as to Marc H. Nunes; Day 4 5/26/00 at 1:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 05/24/00] |
| 5/24/00 | -- | Jury trial as to Marc H. Nunes held (ss) [Entry date 05/24/00] |
| 5/26/00 | 85 | Minutes of Jury Trial Day 4 held on 5/26/00 before Judge William P. Dimitrouleas as to Marc H. Nunes; Day 5 5/30/00 at 9:15; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 05/30/00] |
| 5/26/00 | -- | Jury trial as to Marc H. Nunes held (ss) [Entry date 05/30/00] |
| 5/30/00 | 86 | Minutes of Jury Trial Day 5 held on 5/30/00 before Judge William P. Dimitrouleas as to Marc H. Nunes; Day 6 5/31/00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 05/31/00] |
| 5/30/00 | -- | Jury trial as to Marc H. Nunes held (ss) [Entry date 05/31/00] |
| 5/31/00 | 87 | Court's Jury instructions as to Marc H. Nunes (ss) [Entry date 06/01/00] |
| 5/31/00 | 88 | Minutes of Jury Trial Day 6 held on 5/31/00 before Judge William P. Dimitrouleas as to Marc H. Nunes; Sentencing 8/11/00 at 11:00; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 06/01/00] |
| 5/31/00 | -- | Jury trial as to Marc H. Nunes held (ss) [Entry date 06/01/00] |
| 5/31/00 | 89 | Exhibit and Witness List as to Marc H. Nunes (ss) [Entry date 06/01/00] |
| 5/31/00 | 90 | Jury notes and Court's answers as to Marc H. Nunes (ss) [Entry date 06/01/00] |
| 5/31/00 | 91 | JURY VERDICT as to Marc H. Nunes Guilty: Marc H. Nunes (1) count(s) 1, 2-3, 4-5 (ss) [Entry date 06/01/00] |

End Vol. 1

Bug. vol. 2

| | | |
|---|---|---|
| 5/31/00 | 92 | Release of exhibits as to Marc H. Nunes Released to: Roger W. Powell (ss) [Entry date 06/01/00] |
| 5/31/00 | 93 | Release of exhibits as to Marc H. Nunes Released to: Government to return to defendant (ss) [Entry date 06/01/00] |
| 5/31/00 | 94 | NOTICE of Hearing as to Marc H. Nunes: Setting Sentencing for 11:00 8/11/00 for Marc H. Nunes before Judge William P. Dimitrouleas (ss) [Entry date 06/01/00] |
| 6/7/00 | 95 | Minutes of Sentencing held on 6/7/00 before Judge William P. Dimitrouleas as to Paul M. Howell; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 06/08/00] |
| 6/7/00 | -- | Sentencing held Paul M. Howell (2) count(s) 1 (ss) [Entry date 06/08/00] |
| 6/7/00 | 96 | JUDGMENT as to Paul M. Howell (2) count(s) 1. Imprisonment 70 months; Supervised Release 60 months; Assessment $100.00; Fine $5,000.00, count(s) 2-3, 4-5. Dismissed (Signed by Judge William P. Dimitrouleas on 6/7/00) CCAP [EOD Date: 6/8/00] CCAP (ss) [Entry date 06/08/00] |
| 7/13/00 | 97 | Judgment Returned Executed as to Paul M. Howell on 7/5/00 at Bureau of Prisons-FCI, Miami, FL (ss) [Entry date 07/13/00] |
| 7/20/00 | 98 | UNOPPOSED MOTION by Marc H. Nunes to weigh drug evidence (ss) [Entry date 07/20/00] |
| 7/20/00 | 99 | ORDER as to Marc H. Nunes granting [98-1] motion to weigh drug evidence as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 7/20/00) CCAP [EOD Date: 7/21/00] CCAP (ss) [Entry date 07/21/00] |
| 7/25/00 | 100 | OBJECTION by Marc H. Nunes to Presentence Investigation Report (ss) [Entry date 07/25/00] |
| 7/26/00 | 101 | OBJECTIONS by USA to Presentence Investigation Report as to Marc H. Nunes (ss) [Entry date 07/27/00] |
| 8/3/00 | 102 | MOTION by Marc H. Nunes to continue sentencing (ss) [Entry date 08/04/00] |
| 8/3/00 | 103 | ORDER as to Marc H. Nunes granting [102-1] motion to continue sentencing as to Marc H. Nunes (1) Resetting Sentencing for 9:30 8/24/00 before Judge William P. Dimitrouleas (Signed by Judge William P. Dimitrouleas on 8/3/00) CCAP [EOD Date: 8/4/00] CCAP (ss) [Entry date 08/04/00] |
| 8/4/00 | 104 | EMERGENCY MOTION by Marc H. Nunes to weigh contraband, and Amended Motion to continue sentencing (ss) |

[Entry date 08/07/00] Vol. 3 cont

| Date | No. | Proceedings |
|---|---|---|
| 8/4/00 | 105 | ORDER as to Marc H. Nunes granting [104-2] amended motion to continue sentencing as to Marc H. Nunes (1) Resetting Sentencing for 9:15 9/1/00 for Marc H. Nunes before Judge William P. Dimitrouleas (Signed by Judge William P. Dimitrouleas on 8/4/00) CCAP [EOD Date: 8/7/00] CCAP (ss) [Entry date 08/07/00] |
| 8/8/00 | 106 | ORDER as to Marc H. Nunes [104-1] emergency motion to weigh contraband defer ruling for five days (Signed by Judge William P. Dimitrouleas on 8/8/00) CCAP [EOD Date: 8/8/00] CCAP (ss) [Entry date 08/08/00] |
| 8/16/00 | 107 | TRANSCRIPT filed as to Marc H. Nunes of Jury Trial held 5/22/00 before Judge William P. Dimitrouleas Volume #: I Pages: 1 through 88 (ss) [Entry date 08/17/00] Vol. 4 |
| 8/17/00 | 108 | MOTION by Marc H. Nunes for writ of habeas corpus ad testificandum as to Napolian Raglund (ss) [Entry date 08/17/00] |
| 8/17/00 | 109 | MOTION by Marc H. Nunes for writ of habeas corpus ad testificandum as to Andrew Brown (ss) [Entry date 08/17/00] |
| 8/17/00 | 110 | MOTION by Marc H. Nunes for writ of habeas corpus ad testificandum as to Anthony Smith (ss) [Entry date 08/17/00] |
| 8/17/00 | 111 | MOTION by Marc H. Nunes for writ of habeas corpus ad testificandum as to Conner Claxton (ss) [Entry date 08/17/00] |
| 8/17/00 | 112 | MOTION by Marc H. Nunes for writ of habeas corpus ad testificandum as to Zimmerman Beharry (ss) [Entry date 08/17/00] |
| 8/18/00 | 113 | TRANSCRIPT filed as to Marc H. Nunes of Trial Testimony held 5/23/00 before Judge William P. Dimitrouleas Volume #: I Pages: 1 through 173 (ss) [Entry date 08/21/00] Vol. 6 |
| 8/18/00 | 114 | TRANSCRIPT filed as to Paul M. Howell of Sentence held 6/7/00 before Judge William P. Dimitrouleas Volume #: I Pages: 1 through 21 (ss) [Entry date 08/21/00] |
| 8/21/00 | 115 | WRIT of Habeas Corpus ad Testificandum issued for Andrew Brown for 8/25/00 in case as to Marc H. Nunes granting [109-1] motion for writ of habeas corpus ad testificandum as to Andrew Brown as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 8/18/00) CCAP [EOD Date: 8/22/00] (ss) [Entry date 08/22/00] |

Vol. 2 (Cont

| | | |
|---|---|---|
| 8/21/00 | 116 | WRIT of Habeas Corpus ad Testificandum issued for Anthony Smith for 8/25/00 in case as to Marc H. Nunes granting [110-1] motion for writ of habeas corpus ad testificandum as to Anthony Smith as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 8/18/00) CCAP [EOD Date: 8/22/00] (ss) [Entry date 08/22/00] |
| 8/21/00 | 117 | WRIT of Habeas Corpus ad Testificandum issued for Conner Claxton for 8/25/00 in case as to Marc H. Nunes granting [111-1] motion for writ of habeas corpus ad testificandum as to Conner Claxton as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 8/18/00) CCAP [EOD Date: 8/22/00] 8/22/00] (ss) [Entry date 08/22/00] |
| 8/21/00 | 118 | WRIT of Habeas Corpus ad Testificandum issued for Zimmerman Beharry for 8/25/00 in case as to Marc H. Nunes granting [112-1] motion for writ of habeas corpus ad testificandum as to Zimmerman Beharry as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 8/18/00) CCAP [EOD Date: 8/22/00] (ss) [Entry date 08/22/00] |
| 8/21/00 | 119 | WRIT of Habeas Corpus ad Testificandum issued for Napolian Raglund for 8/25/00 in case as to Marc H. Nunes granting [108-1] motion for writ of habeas corpus ad testificandum as to Napolian Raglund as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 8/18/00) CCAP [EOD Date: 8/22/00] (ss) [Entry date 08/22/00] |
| 8/21/00 | 120 | ORDER as to Marc H. Nunes granting [104-1] emergency motion to weigh contraband as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 8/21/00) CCAP [EOD Date: 8/22/00] CCAP (ss) [Entry date 08/22/00] |
| 8/24/00 | 121 | MOTION by Marc H. Nunes for Order to direct the U.S. Marshal to transport prisoners (ss) [Entry date 08/24/00] |
| 8/24/00 | 122 | RESPONSE by Marc H. Nunes to [101-1] objections (ss) [Entry date 08/24/00] |
| 8/25/00 | 123 | MOTION by Marc H. Nunes for writ of habeas corpus ad testificandum (ss) [Entry date 08/28/00] |
| 8/25/00 | 124 | ORDER as to Marc H. Nunes denying without prejudice [121-1] motion for Order to direct the U.S. Marshal to transport prisoners as to H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 8/25/00) CCAP [EOD Date: 8/28/00] CCAP (ss) [Entry date 08/28/00] |
| 8/28/00 | 125 | WRIT of Habeas Corpus ad Testificandum issued for Jefferson John Gordon for 9/1/00 in case as to Marc H. Nunes granting [123-1] petition for writ of habeas corpus ad testificandum as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 8/28/00) CCAP [EOD Date: 8/29/00] (ss) [Entry date 08/29/00] |

Vol. 2 Cont.

8/28/00 126 POSITION with respect to sentencing factors by Marc H. Nunes (ss) [Entry date 08/29/00]

8/28/00 126 SENTENCING MEMORANDUM by Marc H. Nunes (ss) [Entry date 08/29/00]

8/29/00 127 MOTION by Marc H. Nunes for writ of habeas corpus ad testificandum (ss) [Entry date 08/30/00]

8/29/00 128 WRIT of Habeas Corpus ad Testificandum issued for Oliver Morrison for 9/1/00 in case as to Marc H. Nunes granting [127-1] motion for writ of habeas corpus ad testificandum as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 8/29/00) CCAP [EOD Date: 8/30/00] (ss) [Entry date 08/30/00]

8/30/00 129 MOTION by Marc H. Nunes for new trial based on newly discovered evidence (ss) [Entry date 08/31/00]

8/31/00 130 EMERGENCY MOTION by Marc H. Nunes to continue sentencing (ss) [Entry date 08/31/00]

8/31/00 131 EMERGENCY SUPPLEMENT by Marc H. Nunes to: [101-1] objection (ss) [Entry date 09/01/00]

8/31/00 132 ORDER as to Marc H. Nunes denying [130-1] emergency motion to continue sentencing as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 8/31/00) CCAP [EOD Date: 9/1/00] CCAP (ss) [Entry date 09/01/00]

9/1/00 133 Minutes of Sentencing held on 9/1/00 before Judge William P. Dimitrouleas as to Marc H. Nunes; Sentencing continued to 9/6/00 at 9:15; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 09/05/00]

9/5/00 134 EMERGENCY MOTION by Marc H. Nunes for writ of habeas corpus ad testificandum (as to Michael Buffey) (ss) [Entry date 09/06/00]

9/5/00 135 EMERGENCY MOTION by Marc H. Nunes for writ of habeas corpus ad testificandum (as to Paul Howell) (ss) [Entry date 09/06/00]

9/5/00 136 EMERGENCY MOTION by Marc H. Nunes for writ of habeas corpus ad testificandum (as to Oliver Morrison) (ss) [Entry date 09/06/00]

9/5/00 137 WRIT of Habeas Corpus ad Testificandum issued for Michael Buffey for 9/6/00 in case as to Marc H. Nunes granting [134-1] emergency motion for writ of habeas corpus ad testificandum as to Marc H. Nunes (1) (Signed Judge William P. Dimitrouleas on 9/5/00) CCAP [EOD Date: 9/6/00] (ss) [Entry date 09/06/00]

Vol. 2 Cont

| | | |
|---|---|---|
| 9/5/00 | 138 | WRIT of Habeas Corpus ad Testificandum issued for Paul Howell for 9/6/00 in case as to Marc H. Nunes granting [135-1] emergency motion for writ of habeas corpus ad testificandum as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 9/5/00) CCAP [EOD Date: 9/6/00] (ss) [Entry date 09/06/00] |
| 9/5/00 | 139 | WRIT of Habeas Corpus ad Testificandum issued for Oliver Morrison for 9/6/00 in case as to Marc H. Nunes granting [136-1] emergency motion for writ of habeas corpus ad testificandum as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 9/5/00) CCAP [EOD Date: 9/6/00] (ss) [Entry date 09/06/00] |
| 9/7/00 | 140 | Minutes of motion for new trial held on 9/6/00 before Judge William P. Dimitrouleas as to Marc H. Nunes; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 09/07/00] |
| 9/7/00 | -- | Motion hearing as to Marc H. Nunes re: [129-1] motion for new trial based on newly discovered evidence before Judge William P. Dimitrouleas (ss) [Entry date 09/07/00] |
| 9/7/00 | 141 | Exhibit and Witness List as to Marc H. Nunes (ss) [Entry date 09/07/00] |
| 9/7/00 | 142 | Minutes of Sentencing held on 9/6/00 before Judge William P. Dimitrouleas as to Marc H. Nunes; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 09/07/00] |
| 9/7/00 | 143 | Exhibit and Witness List as to Marc H. Nunes (ss) [Entry date 09/07/00] |
| 9/7/00 | -- | Sentencing held Marc H. Nunes (1) count(s) 1, 2-3, 4-5 (ss) [Entry date 10/18/00] |
| 9/15/00 | 144 | MOTION by Marc H. Nunes to set Hearing on [129-1] motion for new trial allowing the U.S. Marshal Service sufficient time to transport witness (ss) [Entry date 09/18/00] |
| 9/18/00 | 145 | ORDER as to Marc H. Nunes Motion hearing before Judge William P. Dimitrouleas set for 1:00 10/13/00 for H. Nunes for [129-1] motion for new trial based on newly discovered evidence (Signed by Judge William P. Dimitrouleas on 9/18/00) CCAP [EOD Date: 9/19/00] CCAP (ss) [Entry date 09/19/00] |
| 9/19/00 | 146 | NOTICE of Appearance as co-counsel for Marc H. Nunes by Attorney William Robert Tunkey (ss) [Entry date 09/19/00] |
| 9/26/00 | 147 | TRANSCRIPT filed as to Marc H. Nunes of Sentence held 9/1/00 before Judge William P. Dimitrouleas Volume #: I Pages: 1 through 106 (ss) [Entry date 09/27/00] Vol. 7 |

| | | |
|---|---|---|
| 9/26/00 | 148 | TRANSCRIPT filed as to Marc H. Nunes of Sentence held 9/6/00 before Judge William P. Dimitrouleas Volume #: 1 Pages: 1 through 108 (ss) [Entry date 09/27/00] Vol. 9 |
| 9/26/00 | 149 | Vol. 2 cont. PETITION by Marc H. Nunes for Writ of Habeas Corpus ad testificandum (as to Oliver Morrison) (ss) [Entry date 09/27/00] |
| 9/26/00 | 150 | PETITION by Marc H. Nunes for Writ of Habeas Corpus ad testificandum as to Marc H. Nunes (as to Paul Howell) (ss) [Entry date 09/27/00] |
| 9/26/00 | 151 | WRIT of Habeas Corpus ad Testificandum issued for Oliver Morrison for 10/13/00 in case as to Marc H. Nunes granting [149-1] petition as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 9/26/00) CCAP [EOD Date: 9/27/00] (ss) [Entry date 09/27/00] |
| 9/26/00 | 152 | WRIT of Habeas Corpus ad Testificandum issued for Paul Howell for 10/13/00 in case as to Marc H. Nunes granting [150-1] petition as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 9/26/00) CCAP [EOD Date: 9/27/00] (ss) [Entry date 09/27/00] |
| 10/5/00 | 153 | PETITION by Marc H. Nunes for Writ of Habeas Corpus ad testificandum (ss) [Entry date 10/05/00] |
| 10/5/00 | 154 | WRIT of Habeas Corpus ad Testificandum issued for Winston Smith for 10/13/00 in case as to Marc H. Nunes granting [153-1] petition as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 10/5/00) CCAP [EOD Date: 10/6/00] (ss) [Entry date 10/06/00] |
| 10/10/00 | 155 | PETITION by Marc H. Nunes for Writ of Habeas Corpus ad testificandum (as to Mr. Michael Buffey) (ss) [Entry date 10/10/00] |
| 10/10/00 | 156 | WRIT of Habeas Corpus ad Testificandum issued for Michael Buffey for 10/13/00 in case as to Marc H. Nunes granting [155-1] petition as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 10/10/00) CCAP [EOD Date: 10/11/00] (ss) [Entry date 10/11/00] |
| 10/11/00 | 157 | NOTICE of filing (audio cassette recording) by Marc H. Nunes (ss) [Entry date 10/12/00] |
| 10/13/00 | -- | Motion hearing as to Marc H. Nunes re: [129-1] motion for new trial based on newly discovered evidence before Judge William P. Dimitrouleas (ss) [Entry date 11/02/00] |
| 10/17/00 | 158 | ORDER as to Marc H. Nunes denying [129-1] motion for new trial based on newly discovered evidence as to Marc H. (1) (Signed by Judge William P. Dimitrouleas on 10/17/00) CCAP [EOD Date: 10/18/00] CCAP (ss) [Entry date 10/18/00] |

Vol. 2 Cont

| | | |
|---|---|---|
| 10/17/00 | 159 | JUDGMENT as to Marc H. Nunes (1) count(s) 1, 2-3, 4-5. Total Imprisonment 235 months: 235 months on counts 1, 2 and 4 to run concurrent to each other; 60 months on counts 3 and 5 to run concurrent to each other and to counts 1, 2 and 4. Supervised Release 60 months: 60 months on counts 1, 2 and 4 to run concurrent to each other; 36 months on counts 3 and 5 to run concurrent to each other and to counts 1, 2 and 4. Assessment $500.00. Restitution $2,000.00 (Signed by Judge William P. Dimitrouleas on 10/17/00) CCAP [EOD Date: 10/18/00] CCAP (ss) [Entry date 10/18/00] |
| 10/26/00 | 160 | MOTION by Marc H. Nunes for a 15 day extension in which to secure new counsel to file motion to reopen evidentiary hearing based on conflict of interest, ineffective assistance and brady violation (ss) [Entry date 10/27/00] |
| 10/27/00 | 161 | ORDER as to Marc H. Nunes denying [160-1] motion for a 15 day extension in which to secure new counsel as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 10/27/00) CCAP [EOD Date: 10/30/00] CCAP (ss) [Entry date 10/30/00] |
| 10/27/00 | 162 | NOTICE OF APPEAL by Marc H. Nunes re: [159-1] judgment order, [158-1] order . EOD Date: 10/18/00; Marc H. Nunes (1) count(s) 1, 2-3, 4-5; Filing Fee: $ 105.00 Receipt #: 520819; Copies to USCA, AUSA, USM, USPO and Counsel of Record. (gf) [Entry date 10/30/00] |
| 10/30/00 | -- | Certified copies of Notice of Appeal, Docket and Order under appeal to USCA: as to Marc H. Nunes [162-1] appeal (gf) [Entry date 10/30/00] |
| 10/30/00 | 163 | PRO SE MOTION by Marc H. Nunes to extend time to secure new counsel to file motion to reopen evidentiary hearing based on conflict of interest, ineffective assistance and Brady violation (wc) [Entry date 10/31/00] |
| 11/1/00 | 164 | ORDER as to Marc H. Nunes denying [163-1] motion for a fifteen day extension in which to secure new counsel to file motion to reopen evidentiary hearing based on conflict of interest, ineffective assistance and Brady violation as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 11/1/00) CCAP [EOD Date: 11/2/00] CCAP (ss) [Entry date 11/02/00] |
| 11/2/00 | 165 | Minutes of motion for new trial held on 10/13/00 before Judge William P. Dimitrouleas as to Marc H. Nunes; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 11/02/00] |
| 11/2/00 | 166 | Exhibit and Witness List as to Marc H. Nunes (ss) [Entry date 11/02/00] |

vol. 2 cont.

| | | |
|---|---|---|
| 11/3/00 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Marc H. Nunes Re: [162-1] appeal USCA Number: 00-15773-C (dl) [Entry date 11/14/00] |
| 11/13/00 | 167 | Release of exhibits as to Marc H. Nunes Released to: J.C. Elso (ss) [Entry date 11/14/00] |
| 11/20/00 | 169 | TRANSCRIPT INFORMATION FORM as to Marc H. Nunes re: [162-1] appeal received. (Forwarded to Court Reporter Coordinator) (gf) [Entry date 12/18/00] |
| 12/15/00 | 168 | APPEAL INFORMATION SHEET as to Marc H. Nunes re: [162-1] appeal ; Transcript ordered. No financial arrangements made with Court Reporter. (gf) [Entry date 12/18/00] |
| 12/21/00 | 170 | MOTION by Marc H. Nunes for William R. Tunkey to withdraw as counsel, to conduct evidentiary hearing (ss) [Entry date 12/21/00] |
| 12/22/00 | 171 | ORDER as to Marc H. Nunes Motion hearing before Judge William P. Dimitrouleas set for 1:00 1/26/01 for Marc H. Nunes for [170-1] motion for William R. Tunkey to withdraw as counsel (Signed by Judge William P. Dimitrouleas on 12/22/00) CCAP [EOD Date: 12/22/00] CCAP (ss) [Entry date 12/22/00] |
| 12/29/00 | 172 | MOTION by Marc H. Nunes for Stephen J. Golembe to withdraw as attorney, and conduct evidentiary hearing (ss) [Entry date 01/02/01] |
| 12/29/00 | 173 | ORDER as to Marc H. Nunes Motion hearing before Judge William P. Dimitrouleas set for 1:00 1/26/01 for Marc H. Nunes for [172-1] motion for Stephen J. Golembe to withdraw as attorney (Signed by Judge William P. Dimitrouleas on 12/29/00) CCAP [EOD Date: 1/2/01] CCAP (ss) [Entry date 01/02/01] |
| 1/2/01 | 174 | TRANSCRIPT filed as to Marc H. Nunes of Jury Trial held 5/22/00 before Judge William P. Dimitrouleas Volume #: I Pages: 1 through 275 re: [162-1] appeal. Appeal record due on 1/17/01 for Marc H. Nunes (ss) [Entry date 01/03/01] |
| | | Vol. 5 |
| 1/9/01 | 175 | MOTION by Marc H. Nunes for Patricia Jean Kyle to withdraw as counsel (ss) [Entry date 01/10/01] |
| 1/9/01 | 176 | ORDER as to Marc H. Nunes re-setting hearing: Motion hearing before Judge William P. Dimitrouleas set for 1:00 1/31/01 for Marc H. Nunes for [175-1] motion for Patricia Jean Kyle to withdraw as counsel (Signed by Judge William P. Dimitrouleas on 1/9/01) CCAP [EOD Date: 1/10/01] CCAP (ss) [Entry date 01/10/01] |

| | | |
|---|---|---|
| 1/10/01 | 177 | Appeal Information Sheet [from Schanzleh] as to Marc H. Nunes re: [162-1] appeal Transcript due 1/28/01 for Marc H. Nunes (gf) [Entry date 01/10/01] |
| 1/10/01 | 178 | NOTICE of Hearing as to Marc H. Nunes: Tjoflat hearing before Judge William P. Dimitrouleas set for 1:00 1/31/01 for Marc H. Nunes for [172-1] motion for Stephen J. Golembe to withdraw as attorney (ss) [Entry date 01/11/01] |
| 1/26/01 | 179 | SUPPLEMENT by Marc H. Nunes to: [175-1] motion for Patricia Jean Kyle to withdraw as counsel (ss) [Entry date 01/26/01] |
| 1/30/01 | 180 | Minutes of Tjoflat Hearing held on 1/30/01 before Judge William P. Dimitrouleas as to Marc H. Nunes; Court Reporter Name or Tape #: Bob Ryckoff (ss) [Entry date 01/31/01] |
| 1/30/01 | -- | Tjoflat hearing as to Marc H. Nunes re: [170-1] motion for William R. Tunkey to withdraw as counsel Motion hearing held, [172-1] motion for Stephen J. Golembe to withdraw as attorney Motion hearing held, [175-1] motion for Patricia Jean Kyle to withdraw as counsel Motion hearing held before Judge William P. Dimitrouleas (ss) [Entry date 01/31/01] |
| 1/30/01 | 181 | ORDER as to Marc H. Nunes granting [172-1] motion for Stephen J. Golembe to withdraw as attorney (Terminated: attorney Stephen J. Golembe for Marc H. Nunes as to Marc H. Nunes (1), granting [175-1] motion for Patricia Jean Kyle to withdraw as counsel, withdrawing [170-1] motion for William R. Tunkey to withdraw as counsel as to Marc H. Nunes (1) (Signed by Judge William P. Dimitrouleas on 1/30/01) CCAP [EOD Date: 1/31/01] CCAP (ss) [Entry date 01/31/01] |
| 2/2/01 | 182 | Certificate of readiness transmitted to USCA as to Marc H. Nunes re: [162-1] appeal by Marc H. Nunes USCA # 00-15773-C (dl) [Entry date 02/02/01] |

End vol. 3