UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CASE NO. 00-15573-C |
| Appellee, | : District Court Case No. 00-6023-Cr-Dimitrouleas |
| vs. | : |
| MARC H. NUNES, | : |
| Appellant. | : |

## NOTICE OF VOLUNTARY DISMISSAL OF APPEAL

The Appellant, MARC H. NUNES, for the reasons set forth in the record of proceedings conducted by the Honorable William P. Dimitrouleas, United States District Court Judge, at Fort Lauderdale, Florida on the 30th day of January, 2001, hereby voluntarily dismisses his notice of appeal.

By: _____
MARC H. NUNES

SWORN TO AND SUBSCRIBED
before me this _1ST_ day of February, 2001

_____
Notary Public, State of Florida at Large
WILLIAM R. TUNKEY
Printed Name of Notary

My Commission Expires: _____

_X_ Personally known to me
___ Produced I.D.: _____

ROBBINS, TUNKEY, ROSS, AMSEL, RABEN, WAXMAN & EIGLARSH, P.A., ATTORNEYS AT LAW
LAWYERS PLAZA, FOURTH FLOOR, 2250 SOUTHWEST THIRD AVENUE, MIAMI, FLORIDA 33129-2095
DADE CO. (305) 858-9550 • BROWARD CO. (954) 522-6244 • WATS (800) 226-9550 • FACSIMILE (305) 858-749.

I have counseled Mr. Nunes on this decision and believe it is in his best interest, as set forth in the record of proceedings conducted before the Honorable William P. Dimitrouleas, United States District Court Judge, Southern District of Florida, on the 30th day of January, 2001.

Respectfully submitted,

**ROBBINS, TUNKEY, ROSS, AMSEL,
RABEN, WAXMAN & EIGLARSH, P.A.**
Attorneys at Law
2250 Southwest Third Avenue
Miami, Florida 33129
Telephone: (305) 858-9550

By: _____
WILLIAM R. TUNKEY
Florida Bar No. 125153

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded this 5T day of February, 2001, to: Roger Powell, Esquire, Office of the United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, Florida 33301.

BY: _____
MARC H. NUNES

Clerk - Thomas K. Kahn
U.S. Court of Appeals
56 Forsyth Street, N.W.
Atlanta, Georgia 30303
Attn: Pam Holloway

-2-