AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Southern District of Florida

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For Offenses Committed On or After November 1, 1987) |
| MARC H. NUNES | Case Number: 0:00CR06023-001 |
| | J.C.Elso, Esq. William Tunkey, Esq. Roger Powell, AUSA |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☒ was found guilty on count(s) 1,2,3,4,5 after a plea of not guilty.

FILED by _____ D.C.
OCT 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 963 | Conspiracy to Import Cocaine | 03/15/1998 | 1 |
| 21 U.S.C. § 952 (a) | Importation of Cocaine | 03/15/1998 | 2 |
| 21 U.S.C. § 952 (a) | Importation of Marijuana | 03/15/1998 | 3 |

**See Additional Counts of Conviction - Page 2**

The defendant is sentenced as provided in pages 2 through __8__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 02/16/1972
Defendant's USM No.: 60262-004
Defendant's Residence Address:
**Federal Detention Center**
**33 NE 4th Street**
**Miami**
Defendant's Mailing Address:
**Federal Detention Center**
**33 NE 4th Street**
**Miami**

10/17/2000
Date of Imposition of Judgment

Signature of Judicial Officer

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

October 17, 2000
Date

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
Deputy Clerk
Date _____ 33132

DEFENDANT:    **MARC H. NUNES**
CASE NUMBER:    0:00CR06023-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __235 month(s)__.

235 months imprisonment on each of Counts 1,2 and 4 to run concurrent to each other.
60 months imprisonment on counts 3 and 5 to run concurrent to each other and to Counts 1,2 and 4.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ a.m./p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __12-14-00__ to __FCI YAZOO__
at __YAZOO CITY M/__ , with a certified copy of this judgment.

KHURSHID Z. YUSUFF, USMS
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal