

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

March 07, 2001

RE: 00-15773-C    USA v. Marc H. Nunes
DC DKT NO.: 00-06023 CR-WPD

CC:   Clarence Maddox

CC:   William R. Tunkey

CC:   Abe A. Bailey

CC:   Stephen J. Golembe

CC:   Roger Powell

CC:   J. C. Elso

CC:   Patricia Jean Kyle

CC:   Amy Weil

CC:   Administrative File



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

March 07, 2001

MEMORANDUM TO COUNSEL OR PARTIES



RE: 00-15773-C     USA v. Marc H. Nunes
DC DKT NO.: 00-06023 CR-WPD

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Pam Holloway (404) 335-6182

Encl.

DIS-4 (1-1999)

**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

---

00-15773-C

---

MAR 07 2001

UNITED STATES OF AMERICA, 00-6023-cr-WPD

                                              Plaintiff-Appellee,

                    versus

MARC H. NUNES,

                                              Defendant-Appellant.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

FILED by _____ D.C.
DKTG

MAR 12 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BEFORE:    EDMONDSON and WILSON, Circuit Judges.

BY THE COURT:

    Appellant's "Notice of Voluntary Dismissal of Appeal," construed as a motion to dismiss this appeal with prejudice, is GRANTED.

A True Copy
Attested:
Clerk, U.S. Court of Appeals, Eleventh Circuit
By _____
Deputy Clerk
Atlanta, Ga.